LETTER OF ASSIGNMENT

THE MASTER
SILVER SPIRIT                                            Date :   1-Jul-2013

This will introduce the seaman assign to your vessel whose personal data and information regarding his/her wages and allotment is as follows:

NAME : NAVARETTE, EMMANUEL Y RECENTES
RANK : ORDINARY SEAMAN
Date Contract Commenced:  2-Jul-2013   Duration:  8 months

COS: PART I  CRUISE TCC FIT/CISL   VERSION 2   REV. 0   ISSUED 01/2013
     PART II CRUISE TCC FIT/CISL   VERSION 1   REV. 1   ISSUED 01/2013

Basic Salary            : $  480.00
Guaranteed Overtime
   Fixed                : $  243.00  Guaranteed O.T. 70 hrs. Weekdays
Weekend Compensation    $  180.00  Weekend & Rest days 52 hrs.
   Hourly OT Rate       : $    3.47
Subsistence Pay         : $  162.00
Vacation Pay
earned per month        : $  144.00  9 days per month
                          -----------
T O T A L               : $ 1209.00
                          ===========

Seniority Pay      : $ 100.00 per month
Cash Advance to be deducted on 1st Allotment : $
First joining month allotment : According to wage earned.
Allotment to be deducted monthly              : $968.00

Phil. Seaman Book No.: B1016576     Expiry :  4-May-2016
Phil. Passport No.   : EB8089334    Expiry : 10-May-2018
Date of Birth        : 21-Dec-1980  Place  : MARAWI CITY
A g e :   33    Sex : Male     Civil Satus : Married
SSS No.:33-8293151-9  PHIC No.:190895243004  Pag-Ibig No:1301-0006-4788

NO. OF ALLOTTEE(S) : 1 (Allottee details is per attached)

THIS SEAMAN HAS PASSED A PRESIGN-ON MEDICAL EXAMINATION AND ALL
INOCULATIONS AS REQUIRED BY YOUR COMPANY WERE CURRENT AT HIS TIME
OF DEPARTURE FROM MANILA.

The SEAFARER

The Seafarer hereby consents to the holding and processing by the Owners of the Vessel and by the Agents and any direct or indirect parent or subsidiary or associated or affiliated company of the Agents (together referred to as "the Companies") of personal data about me (including were appropriate data concerning racial or ethnic origin, religious beliefs, membership of a trade union, physical or mental health or condition, commission or alleged commission of an offence and the proceedings and the outcome of any proceedings relating thereto) for the purposes of my employment including personnel and pensions administration, seafarer management or compliance with any laws, regulations or contract applicable to the Companies (or any of them) or their business.

_____
       Signature
Name : NAVARETTE, EMMANUEL R.

                                      Very truly yours
                                      NORTH SEA MARINE SERVICES
                                      CORPORATION


                                      MS. MARIELU L. UMALI
                                      Crew Manager

Pre-engagement briefing carried out: Date  2/1/13  Initials ____
On board induction carried out      : Date _____ Initials ____

ALLOTMENT DETAILS

Allottee No. 1
Allottee Name     : EMMANUEL NAVARETTE

Relationship      : SELF

Allottee Address: PORTAGAWA BALUBAD 1ST SILANG CAVITE

Fix allotment to receive : $968.00

Name of Bank      : BPI-SILANG

Savings Acct. No: 8509-0323-36

Next of Kin name: NAVARETTE, ARIANE SALAZAR     Tel: 0917-3744693
N.O.K. Address   : BALUBAD 1ST SILANG CAVITE 3118

CONFORME:

_____
Name : NAVARETTE, EMMANUEL R.

Individual Code No.: _____

# CONTRACT OF EMPLOYMENT
Between
**SILVERSEA CRUISES LTD/SILVER SPIRIT SHIPPING CO.LTD.**
<u>SASSOON HOUSE, SHIRLEY STREET AND VICTORIA AVENUE NASSAU, BAHAMAS</u>
the Owners (the "OWNERS") of the Vessel hereinbelow stated
AND

```
Full Name                : NAVARETTE, EMMANUEL Y RECENTES (the 'Seafarer')
Date & Place of Birth    : 21-Dec-1980  MARAWI CITY
Passport Details         : EB8089334
Seaman's Book Details    : B1016576
Joining Port             : ISTANBUL
   for service on board MV/MS : SILVER SPIRIT (the 'Vessel')
            Vessel Type : Passenger
```

1. The terms and conditions applied from commencement of service for the duration shown below are in accordance with and subject to the following Conditions of Service the contents of which the Seafarer acknowledges as having read, understood and agreed to:

```
COS: PART I   CRUISE TCC FIT/CISL   VERSION 2   REV. 0   ISSUED 01/2013
     PART II  CRUISE TCC FIT/CISL   VERSION 1   REV. 1   ISSUED 01/2013
```

a copy each of which is on board the Vessel

| RANK | PORT OF ENGAGEMENT | DURATION OF CONTRACT | WAGE STARTS FROM |
|---|---|---|---|
| ORDINARY SEAMAN | MANILA | 8 month(s) | 2-Jul-2013 |

The duration of contract specified above is governed by the relevant terms of the COS

Onboard Wage coponents in US$ per month (or pro rata for shorter periods)

```
Basic Wage                : $  480.00
Overtime Pay
    Fixed                 : $  243.00  Guaranteed O.T. 70 hrs. Weekdays
Weekend Compensation      : $  180.00  Weekend & Rest days 52 hrs.
Overtime Rate per hour    : $    3.47
Subsistence Pay           : $  162.00
Vacation Pay
 earned per month         : $  144.00  (9 days)
Seniority Pay per month   : $  100.00
```

2. The wage and allowance elements in this form are machine printed. Any additions or alterations to those elements require the initials of the Seafarer and the Owner's authorized agent(s)
3. This contract of Employment is authomatically rendered null and void should for any reason the Seafarer not travel to join the Vessel.
4. The required minimum notice period shall not be less than seven days.

The SEAFARER
The Seafarer hereby consents to the holding and processing by the Owners of the Vessel and by the Agents and any direct or indirect parent or subsidiary or associated or affiliated company of the Agents (together referred to as "the Companies") of personal data about me (including were appropriate data concerning racial or ethnic origin, religious beliefs, membership of a trade union, physical or mental health or condition, commission or alleged commission of an offence and the proceedings and the outcome of any proceedings relating thereto) for the purposes of my employment including personnel and pensions administration, seafarer management or compliance with any laws, regulations or contract applicable to the Companies (or any of them) or their business.

_____
Signature
Name : NAVARETTE, EMMANUEL R.

NORTH SEA MARINE SERV. CORP.
As Agents only for the Owner of the Vessel

MS. MARIELU L. UMALI
Crew Manager

Pre-Engagement briefing carried out: Date  1 Jul 2013  Initials _____