```
 1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
 2                   MIAMI DIVISION

 3           CASE NO.: 14-cv-20596-HUCK/O'Sullivan

 4

 5  EMANUEL NAVARETTE,

 6       Plaintiff,

 7  vs.

 8  SILVERSEA CRUISES, LTD.,
    SILVER SPIRIT SHIPPING CO., LTD.,
 9
         Defendants.
10  _____/

11

12

13                          Clinical Research Building
                            1120 N.W. 14th Street
14                          Room 1078
                            Miami, Florida 33136
15                          April 21, 2014
                            Monday, 1:10 p.m.
16

17           DEPOSITION OF DR. SEEMA KHURANA

18

19       Taken before Violet Varga Smith, Court

20  Reporter and Notary Public in and for the State of

21  Florida at Large, pursuant to a Re-Notice of Taking

22  Deposition filed in the above-styled cause.

23

24

25
```

JEANNIE REPORTING (305) 577-170

```
 1
 2   APPEARANCES:
 3   ON BEHALF OF THE PLAINTIFF:
     One Biscayne Tower, Suite 1776
 4   2 South Biscayne Blvd.
     Miami, Florida 33131
 5   BY: ERIC MORALES, ESQ. and
 6       DAVID A. VILLARREAL, ESQ.
 7
 8   FOREMAN FRIEDMAN, P.A.
     One Biscayne Tower, Suite 2300
 9   2 South Biscayne Blvd.
     Miami, Florida 33131
10   BY:  JEFFREY E. FOREMAN, ESQ.
11
12                     I N D E X
13
14   WITNESS              DIRECT     CROSS
15   DR. SEEMA KHURANA
16     (By Mr. Foreman)        3          --
17     (By Mr. Morales)        --         --
18
19
20                   E X H I B I T S
21           (EXHIBIT NO. 2 NOT ATTACHED)
22   Defendant          Description          Page
23   No. 1       Copy of Subpoena
                 for Deposition Duces Tecum     4
24
     No. 2              Document              85
25   No. 3   Initial Discharge Planning Assessment  60
```



JEANNIE REPORTING (305) 577-170

```
 1    Thereupon,
 2                    DR. SEEMA KHURANA
 3    after having been first duly sworn, was examined and
 4    testified as follows:
 5                    DIRECT EXAMINATION
 6    BY MR. FOREMAN
 7        Q.    Okay.  Can you please state your name,
 8    spell your name for the court reporter.
 9        A.    Dr. Seema, S-E-E-M-A, last name is
10    Khurana, K-H-R-A-N-A.
11        Q.    Okay, and are you a medical doctor or a
12    DO?
13        A.    I'm an osteopathic doctor.
14        Q.    A doctor of osteopathic medicine, okay.
15            My name is Jeffrey Foreman and I represent
16    Silversea, the defendants in a lawsuit that's been
17    brought by Mr. Navarette.
18            Have you ever given a deposition before?
19        A.    No.
20        Q.    Okay, this is your first time.
21            Let me give you some rules.  There's a
22    court reporter here that's taking down everything
23    that's said in the room and the court reporter can
24    only take down what one person is saying at a time.
25    So even though you may know where I'm going with a
```

1  question, I would ask that you allow me to finish a

2  question so that the court reporter can get down

3  everything that's said in here accurately.  Also,

4  Mr. Morales may have an objection he might want to

5  interpose and that way he has an opportunity to

6  interpose any objection.

7  If I ask you a question and you don't

8  understand the question, I would appreciate if you

9  would tell me that you don't understand the question

10 and I will consider rephrasing it.  If you don't

11 tell me that you didn't understand the question,

12 then it will be assumed for the purposes of this

13 deposition that you understood the question.  If you

14 need to take a break at any time, let me know, this

15 isn't an endurance contest.  I'm just here to ask

16 you some questions and get some information and when

17 I'm done Mr. Morales may have some questions.  Okay?

18 MR. FOREMAN:  Let me mark this as Exhibit

19     1 which is a copy of the subpoena for

20     deposition duces tecum.

21     (Thereupon, Defendant's Exhibit Number 1

22     was marked for identification.)

23 BY MR. FOREMAN

24     Q.  As we had discussed before we started the

25 deposition, there was a duces tecum that was

1    attached to the subpoena which required you to bring

2    certain documents and tangibles to the deposition,

3    okay, and just so we have a clear record, it's my

4    understanding that what you have is you have access

5    to the electronic medical record file on a computer

6    that's in front you but you don't have any actual

7    physical records.  Correct?

8         A.   Correct.  And I never received any -- I

9    received the first two pages or first page, they

10   just showed that to me, emailed that to me.

11        Q.   "They" would be the legal department here?

12        A.   Yes, or my secretary, yes, I just came

13   upon an email one day, that's the only thing I

14   received.

15        Q.   Okay.  Because we did confirm with your

16   office and the legal department that they had been

17   served properly and had received a subpoena, so

18   apparently there must have been some

19   miscommunication.  So we will try and get through

20   this and hopefully we won't need something that

21   should have been brought here but isn't here.  Okay?

22        A.   Okay.  But if you need us to call the

23   other -- the UM people and talk to them, then that

24   would be something we need to do.  We will try to do

25   whatever we can right now but...

```
 1        Q.   You mentioned that you had brought some
 2   documents with you?
 3        A.   I just took notes and I just have -- I
 4   have my notes.
 5        Q.   Okay, and you have those in front of you?
 6        A.   Yes.
 7        Q.   All right.  I would like to mark those as
 8   Exhibit 2.
 9        A.   They can't -- they have all these other
10   patients' information on it.
11             MR. MORALES:  Then obviously I guess
12        that's a HIPAA problem.
13             THE WITNESS:  Yes, at least my notes
14        from -- it's just when I talk to my therapist.
15             MR. MORALES:  Is there any way we can make
16        a photocopy and then redact the private
17        information for other patients?
18             MR. FOREMAN:  Yes.
19             THE WITNESS:  No, because these are my
20        notes, I just jotted things down.
21   BY MR. FOREMAN
22        Q.   But you have it with you at deposition and
23   we are entitled to a copy of it, that's, once again,
24   that's the way this works, the legal system.
25        A.   This is not -- these are just things that
```



7

1    the patients have told me and I took it down in my

2    own words.  Because I thought I had the computer

3    access.

4         Q.   I understand that.

5         A.   I'm not sure what we do.

6         Q.   You reviewed that prior to your

7    deposition; right?

8         A.   I wrote this, this morning.

9         Q.   Okay.  So we are entitled to a copy of it.

10   I don't want anything pertaining to --

11        A.   Then I won't use anything then and I

12   wouldn't have anything to go by.

13        Q.   We are entitled to a copy of it, but I

14   don't want anything pertaining to any other

15   patients, only as it pertains to Mr. Navarette.

16        A.   Right, these are things that I wrote down

17   on my own, this is not to be shared with anybody or

18   anything else, I was just reviewing it so I don't

19   forget where he is because I'm not a therapist, I'm

20   a physician.

21        Q.   I understand that, Doctor, but at the same

22   time we are entitled to it, so I don't know what's

23   on there.  Okay?  And, you know, you're looking at

24   it, you reviewed it.  We are entitled to it.  I mean

25   he can't give you advice.

8

```
 1            MR. MORALES:  Unfortunately I'm not your
 2       attorney.
 3            THE WITNESS:  I don't know, so if you want
 4       to, we can call UM and they can give me advice
 5       now and we can call on the speaker phone and
 6       ask them because at least my own personal notes
 7       wasn't meant to be shared.  Nobody told me I
 8       had to share whatever, just to give you guys a
 9       better idea of what he's doing.
10  BY MR. FOREMAN
11       Q.   Let's do this, let's mark it as an exhibit
12  okay, you're not going to give it to me, okay, we'll
13  mark each page, if you're not going to give it to
14  me, if that's something I feel is necessary, we can
15  take it up with the Court and let the Court make a
16  determination.
17       A.   I think I'm going to be -- I can't
18  probably proceed because this is getting very
19  stressful for me and it's not what was -- they told
20  me to just come in and you guys had some questions
21  and I was going to go through this and I'm feeling
22  very uncomfortable with this whole situation right
23  now, I've been uncomfortable before this even
24  started so.
25            MR. MORALES:  I'm sorry, Dr. Khurana, and
```



```
 1        I assure you it's not Mr. Foreman's intent to
 2        make you feel uncomfortable and it's certainly
 3        not ours as well.  We are running into some
 4        speed pumps along the way and with documents I
 5        defer of course to Mr. Foreman as to what he
 6        wants to do because it is his deposition, he's
 7        the one that called you here today and I can't
 8        give you advice.
 9             THE WITNESS:  No, you don't have to give
10        me any advice.  Nobody has to give me any of
11        that, I don't need any advice, I canceled my
12        things to be here today and I wanted to talk to
13        the therapist because I can't remember so that
14        way I could have it in their words, so if we
15        want to call them maybe I could call them and
16        they could speak with you directly, maybe
17        that's a better thing to do than me trying to
18        jot down what they are saying.
19   BY MR. FOREMAN
20        Q.   Why don't we do this, why don't we see --
21        A.   I don't want anything marked.  These are
22   all our stuff for our work and for everything else
23   and so these are things that I wrote down and I
24   don't know that I'm supposed to be giving -- I don't
25   know, I mean, I guess we can call them and find out.
```



```
 1        Q.   Okay, well, we are not going to take --

 2   here's what I'm suggesting, let's just mark it, we

 3   won't take it, that way we know what it is, you'll

 4   preserve it, and we can deal with that later.  So we

 5   can move along.

 6        A.   But I don't want there to be a problem

 7   later, I don't want any problems right now.

 8        Q.   We don't want to create any problems,

 9   okay, we just want to get through this, and that's

10   all we are trying to do.  Okay?

11             So will you allow the court reporter to

12   mark that, we are not going to take it, the court

13   reporter is not going to take it, you can keep it,

14   you can be the custodian of it, okay, and we can

15   deal with it, let's see what happens after the

16   deposition is over, whether or not it even becomes

17   necessary.  Okay?

18        A.   I mean I guess, it's not meant to be

19   shared though, and I'll make that very clear, it's

20   just my notes.

21             MR. MORALES:  Again, Doctor, it is up to

22        you, I can tell you're getting a little

23        stressed.

24             THE WITNESS:  Well, I'm very stressed.

25             MR. MORALES:  I understand.
```

```
 1              THE WITNESS:  You guys are causing it.

 2   BY MR. FOREMAN

 3       Q.   All we are doing is trying to do our job

 4   just like you're trying doing your job and that's

 5   all we want to do is move along.  Okay?

 6            All right.  So let's do this, okay, let's

 7   put those aside for the moment and move along.  And

 8   let me ask questions, okay?  And we'll come back to

 9   that.

10       A.   That's fine.

11       Q.   Thank you.  Are you currently employed,

12   Doctor?

13       A.   Yes.

14       Q.   Where?

15       A.   University of Miami.

16       Q.   And what's your position?

17       A.   I'm an assistant professor and director of

18   comprehensive rehabilitation at Jackson Memorial

19   Hospital.

20       Q.   Are you involved in the care of

21   Mr. Emanuel Navarette?

22       A.   Yes.

23       Q.   And how are you involved in the care of

24   Mr. Navarette?

25            MR. MORALES:  Form.
```

```
 1              MR. FOREMAN:  What's wrong with the form?

 2              MR. MORALES:  I think it's very undefined.

 3  BY MR. FOREMAN

 4       Q.   Have you understood the question?

 5       A.   I'm not --

 6              MR. MORALES:  From time to time I'm going

 7         to voice an objection, it will probably be

 8         something like "form".  All that means is that

 9         I'm alerting Mr. Foreman to the fact that I

10         believe there's an incorrect way in the way he

11         structured his question.  It's so that later on

12         the Court can rule on it.  So regardless of

13         what I say, you can answer the question.

14              THE WITNESS:  I can ask you what you want

15         to know, though, that's what I'm assuming.

16  BY MR. FOREMAN

17       Q.   In what capacity are you involved in the

18  care of Mr. Navarette?

19       A.   I'm the in-patient attending in rehab.  So

20  I see him.

21       Q.   When you say the in-patient attending in

22  rehab, can you explain to me what that means?

23       A.   I oversee his care on the rehabilitation

24  floor.

25       Q.   Is Mr. Navarette currently on the
```

1    rehabilitation floor?

2         A.   Yes.

3         Q.   And prior to your deposition today did you

4    meet with Mr. Navarette's lawyers?

5         A.   No.

6         Q.   Did you ever speak with any of them?

7         A.   No.

8         Q.   And we have established you've never given

9    a deposition before; right?

10        A.   No, I have not.

11        Q.   Okay.  Do you know what doctors are

12   currently involved in Mr. Navarette's care?

13        A.   No.  I currently know that I'm involved

14   and nobody else is seeing him.  On a daily basis.

15        Q.   Okay.  All right, so let me just clarify

16   that.

17             So on a daily basis you are the only

18   doctor that is seeing Mr. Navarette?

19        A.   As of right now.

20        Q.   Are you aware of any other doctors that

21   are seeing Mr. Navarette?

22        A.   My residents.

23        Q.   Okay.  Your residents.  Who is that?

24        A.   Josh Rothenberg.  And then if -- whoever

25   is on call sees the patient also, so my colleagues,

```
 1   so it's everybody that's in rehab.

 2        Q.   Are there any physicians, other residents

 3   that you are aware of that are providing care to Mr.

 4   Navarette?

 5        A.   In what way?

 6        Q.   In any way.

 7        A.   Currently not that I'm aware of.

 8        Q.   What stage of treatment is Mr. Navarette

 9   at?

10        A.   I'm not sure what you mean.

11        Q.   As far as Mr. Navarette's treatment, what

12   type of treatment is he receiving currently?

13        A.   He's receiving medical care and he's

14   receiving rehabilitation services.

15        Q.   What type of medical care is he receiving?

16        A.   We are managing his pain and then we are

17   making sure his current prosthetic is fitting him,

18   he was having some problems with that, and then he's

19   receiving rehab care on a daily basis.

20        Q.   All right.  Manage the pain, what type of

21   pain is he having?  Or is he complaining of I should

22   say.

23        A.   What appears to be phantom pain and

24   neuropathic pain.

25        Q.   And how is that pain being managed?
```

1        A.    With medications and therapy.

2        Q.    When you say therapy, is that physical

3    therapy or occupational therapy?

4        A.    Both.

5        Q.    Do you know what meds he's being given to

6    manage the pain?

7        A.    Yes.

8        Q.    What meds is he being given?

9        A.    Neurontin.  Gabapentin.

10       Q.    Gabapentin?

11       A.    Yes.

12       Q.    Okay.  And?

13       A.    Sorry, I don't have my pager so this is

14   from my other floor so I need to see what they want.

15       Q.    That's okay.

16            MR. MORALES:  Again, remember, Doctor, if

17       at any point you need to take a break for

18       anything, just let us know.

19                    (Pause.)

20            THE WITNESS:  Okay, go ahead.

21   BY MR. FOREMAN

22       Q.    Okay.  What type of therapy is being

23   provided to manage the pain?

24       A.    He receives occupational therapy and

25   physical therapy.

```
 1       Q.    Is there any specific type?

 2       A.    I think it may be better for you to speak

 3  with the therapist for more details of that.

 4       Q.    Okay, so that's not something that you

 5  manage?

 6       A.    I manage -- I'm helping to manage his pain

 7  but I don't physically treat that.  I don't do the

 8  -- provide the therapies.

 9       Q.    Do you prescribe the therapies?

10       A.    Occupational therapy and physical therapy

11  are currently, they see him and they are managing

12  him all along the way.  So I'm not writing a

13  day-to-day prescription for him.

14       Q.    Okay but did you write a particular

15  prescription for the therapist to follow?

16            MR. MORALES:  Form.

17            THE WITNESS:  I don't understand what you

18       mean.

19  BY MR. FOREMAN

20       Q.    Well, are you aware of whether or not any

21  doctor entered, wrote an order prescribing a type of

22  occupational or physical therapy for Mr. Navarette?

23       A.    When they come on our floor we have the

24  occupational therapist and the physical therapist

25  evaluate and treat them and then prescribe therapies
```

JEANNIE REPORTING (305) 577-170

1    thereafter.

2         Q.   Okay.  Who prescribes the therapies

3    thereafter?

4         A.   The therapists continue providing the

5    therapies.

6         Q.   I didn't ask who provided, I'm asking who

7    writes the prescription for them.

8         A.   We only write one prescription when they

9    enter our floor.

10        Q.   Okay, all right, that's -- okay, that

11   answered my question.

12             Who are the therapists that are currently

13   providing therapy to Mr. Navarette, if you know?

14        A.   The physical therapist is Carolina.  And

15   the occupational therapist was Veronica.  I don't

16   know today who it is.

17        Q.   Do you know their last names, either of

18   their last names?

19        A.   (Witness nods head.)

20        Q.   No?

21        A.   No.

22        Q.   Okay.  Is Mr. Navarette's home country the

23   Philippines?

24        A.   As far as I know.

25        Q.   You say, okay, and your answer was "as far

```
 1   as I know."
 2           I'm trying to find out, is that what you
 3   believe his home country is or is --
 4       A.   Yes, that's what I believe.
 5       Q.   Okay.
 6       A.   That's what I was told.
 7       Q.   Who told you that?
 8       A.   The patient himself and then there is
 9   International following the patient.
10       Q.   Okay, International is a department?
11       A.   Yes, they do like the billing and things
12   like that.
13       Q.   Does Mr. Navarette have family in the
14   Philippines?
15           MR. MORALES:  Form.
16   BY MR. FOREMAN
17       Q.   You have to answer the question.
18       A.   I can ask you a question, I mean I'm
19   trying to understand what you want me to say.  Does
20   he have family.  I have not been to the Philippines
21   to see his family.
22       Q.   Do you know whether or not Mr. Navarette
23   has family in the Philippines?
24       A.   Again, as far as I understand, yes.
25       Q.   Okay and do you know if he has a wife in
```

```
 1   the Philippines?
 2        A.   As far as I understand, yes.
 3        Q.   Do you know if he has children in the
 4   Philippines?
 5        A.   As far as I understand, yes.
 6        Q.   Does Mr. Navarette have a residence in
 7   Miami, Florida?
 8        A.   As far as I understand, no.
 9        Q.   Do you know if Mr. Navarette has any
10   relatives in Miami, Florida?
11        A.   As far as I understand, no.
12             MR. MORALES:  Just for the record, I don't
13        know why we are asking her personal questions
14        about Mr. Navarette.
15             MR. FOREMAN:  Wait, wait, let's not give
16        speaking objections, not going to happen.
17        Okay?
18             MR. MORALES:  Fine, I mean, I don't know
19        why you're asking all these questions though.
20   BY MR. FOREMAN
21        Q.   And you've interviewed Mr. Navarette;
22   correct?
23             MR. MORALES:  Form.
24             THE WITNESS:  I interviewed him?
25   BY MR. FOREMAN
```

```
 1        Q.    Did you speak with Mr. Navarette?

 2        A.    I speak with him whenever I'm around.

 3        Q.    Did you discuss where he lives with him?

 4        A.    Do I discuss where he lives?

 5        Q.    Let me rephrase.

 6              You said that, I asked you if you know

 7    whether or not Mr. Navarette has a residence in

 8    Florida and you said no.  How do you know that?

 9              MR. MORALES:  Form.

10              THE WITNESS:  Because -- how do I know,

11        from speaking with him.

12    BY MR. FOREMAN

13        Q.    Okay, thank you.

14              And is it from speaking with Mr. Navarette

15    that you know that he has a wife and children in the

16    Philippines?

17              MR. MORALES:  Form.

18              THE WITNESS:  Yes.  And also he sees them

19        on the iPad, so I've seen his wife, the

20        picture.

21    BY MR. FOREMAN

22        Q.    Okay.  Is it fair to say Mr. Navarette has

23    a better support network in the Philippines than he

24    would have in Miami?

25              MR. MORALES:  Form.
```

```
 1              THE WITNESS:  I don't know.

 2   BY MR. FOREMAN

 3      Q.    You don't know?

 4            Well, let me ask you this:  Is it better

 5   for a patient who is going through what Mr.

 6   Navarette has gone through to have the support of

 7   his family with him or to be in a foreign country,

 8   away from his family?

 9            MR. MORALES:  Form.

10            THE WITNESS:  Again, if this is an

11       opinion, I'm not sure -- I'm not sure I can

12       answer that.  It depends on the situation.

13       Every situation it's different.

14   BY MR. FOREMAN

15      Q.    What's the closest relative that Mr.

16   Navarette has in the United States?

17            MR. MORALES:  Form.

18   BY MR. FOREMAN

19      Q.    If you know.

20      A.    I mean, I -- when you say closest

21   relative, what does that mean, like distance-wise?

22   I don't know what that means.  Closest meaning like

23   my parents or --

24      Q.    Familiar relationship-wise, yes.

25      A.    I know he has somebody in Ocala, or I
```

JEANNIE REPORTING (305) 577-170

1   think it's Ocala, from what I understand.

2        Q.   Do you know how far Ocala is from Miami?

3        A.   Several hours.

4        Q.   Have you ever discussed Mr. Navarette's

5   medical care with a doctor in the Philippines?

6        A.   I've received information from them.

7        Q.   Who have you received information from?

8        A.   I can't recall the names.

9        Q.   So you don't know that, was it a doctor

10  that sent you information?

11       A.   It had doctors' names on it.

12       Q.   And did you review the information?

13       A.   Yes.

14       Q.   Did you speak with the doctor?  Or

15  doctors?

16       A.   No, I spoke with an insurance company and

17  I spoke with the doctors here, taking care of him

18  previously.

19       Q.   You spoke with doctors here about what,

20  about --

21       A.   About his acute care condition.

22       Q.   Did you ever receive a request from a

23  doctor in the Philippines to contact them, to

24  discuss what care would have been available to Mr.

25  Navarette in the Philippines?

```
 1        A.    I discussed it with, I guess it was the

 2   insurance that was the in-between person to find out

 3   what they were referring to and then I also again

 4   spoke with somebody in the acute care service here

 5   who wrote a letter on their behalf -- on the

 6   patient's behalf.  So I was told that I don't need

 7   to speak with that doctor because they would

 8   currently keep him here because if we felt that was

 9   best for him, they do would do that.  So it didn't

10   need to go that far to speak with the other doctor.

11        Q.    Okay, so --

12        A.    That was it.  Then they never asked us --

13   for me to speak with them again.

14        Q.    Okay.  But my question was, did you ever

15   receive a request to speak with a doctor about

16   medical care that was available to Mr. Navarette in

17   the Philippines?

18        A.    Again, I'm not sure if it was a request to

19   review and speak with the people that sent me the

20   information, so I spoke with them because I was told

21   to do.

22        Q.    Okay.  Did the acute doctor -- I'm sorry,

23   the doctor that was providing acute care, was it Dr.

24   Lineen?

25        A.    Yes.
```

1      Q.   And it was Dr. Lineen that wrote the

2  letter that you were referencing?

3      A.   Or the information, yes, he said he wrote

4  a letter on the patient's behalf.

5      Q.   Have you done any research to determine

6  what medical care is available for Mr. Navarette in

7  the Philippines?

8          MR. MORALES:   Form.

9          THE WITNESS:   Have I done research?

10  BY MR. FOREMAN

11     Q.   Yes.

12     A.   What type of research?

13     Q.   Anything, to determine whether or not

14  there's medical care that's available for Mr.

15  Navarette to treat -- to provide the treatment that

16  he's receiving here in the United States.

17     A.   I looked at the information that was

18  provided me and I looked at the hospital that they

19  were referring him to, and I spoke with the patient.

20     Q.   Okay.  So let's talk about the information

21  that they provided.

22          Is there anything in the information that

23  they were provided which indicated to you that the

24  care that he could have received in the Philippines

25  was unreasonable?

```
 1                    MR. MORALES:  Form.

 2                    THE WITNESS:  I honestly can't recall.

 3                    It was how many -- I don't have -- I can't

 4               look at it right now, but I mean, he's been

 5               here for sometime and this was at the very

 6               beginning of the stay.

 7     BY MR. FOREMAN

 8          Q.    Okay and is there anything that you recall

 9     about the hospital that you looked at as being

10     inadequate to provide reasonable medical care to Mr.

11     Navarette?

12                    MR. MORALES:  Form.

13                    THE WITNESS:  I couldn't determine that,

14               based on the website.

15     BY MR. FOREMAN

16          Q.    Do you know whether or not the medical

17     care that is being provided to Mr. Navarette here in

18     Miami is available in the Philippines?

19                    MR. MORALES:  Form.

20                    THE WITNESS:  I don't know what you -- I

21               don't understand what you mean, how I would --

22     BY MR. FOREMAN

23          Q.    What is it you don't understand?

24          A.    Do I know if that same care is provided in

25     the Philippines, I've never been to the Philippines,
```

1   so I don't know what kind of rehab services, I've

2   never witnessed rehab services.

3        Q.   Okay, in other words, are you saying that

4   as you sit here today you don't know whether the

5   medical care that Mr. Navarette is receiving here in

6   Miami would be available to him in the Philippines?

7             MR. MORALES:   Form.

8             THE WITNESS:   I'm trying to understand.

9             I know what we provide over here, I know

10        the services we provide here, that's what I

11        know.

12  BY MR. FOREMAN

13       Q.   Okay.  And do you know if those same

14  services are available to Mr. Navarette in the

15  Philippines?

16            MR. MORALES:   Form.

17            THE WITNESS:   I can't judge by the

18        website.

19  BY MR. FOREMAN

20       Q.   So the answer is, you don't know?

21            MR. MORALES:   Form.

22            THE WITNESS:   I can't judge it by a

23        website.

24  BY MR. FOREMAN

25       Q.   So you can't say one way or another; is

```
 1   that your answer, Doctor?

 2           MR. MORALES:  Form.

 3           THE WITNESS:  (Witness nods head.)

 4   BY MR. FOREMAN

 5       Q.   You have to answer out loud.  The court

 6   reporter can't take down a nod of the head.

 7           So you can't say; is that your answer?

 8           MR. MORALES:  Form.

 9           THE WITNESS:  I have not been to the

10       Philippines and seen their rehab facilities

11       there and the therapists and viewed what type

12       of qualifications they have.

13   BY MR. FOREMAN

14       Q.   Okay.  So my question then is, you can't

15   say one way or another as to whether or not Mr.

16   Navarette could receive the same type of services in

17   the Philippines that he is receiving here from you;

18   correct?

19           MR. MORALES:  Form, asked and answered.

20           THE WITNESS:  According to the patient,

21       according to the patient, he said that the

22       services are not the same, that he has seen the

23       services there and he's also obviously

24       experienced the services on a daily basis here.

25   BY MR. FOREMAN
```

1        Q.    Well, Mr. Navarette has never received

2    care similar to what he's receiving -- strike that.

3            Are you aware of Mr. Navarette ever

4    receiving medical care in the Philippines that's

5    similar to the care he's receiving here, right now?

6            MR. MORALES:  Form.

7            THE WITNESS:  The same -- no, because this

8        is an injury that's never occurred to him in

9        the past.

10   BY MR. FOREMAN

11       Q.    Okay, thank you.

12            What type of prosthesis has been

13   recommended for Mr. Navarette?

14       A.    I don't have the name in front of me, I

15   can't recall.

16       Q.    Is there something that might refresh your

17   recollection?

18       A.    My notes.

19       Q.    Okay.

20       A.    And also there's a prosthesis --

21   everything is available on the medical records, you

22   can refer to that.

23       Q.    Okay.  What would you need to look at to

24   determine what type of prosthesis has been

25   recommended for Mr. Navarette?

```
 1        A.    I signed a prescription -- we signed a

 2   prescription many -- when he first arrived here as

 3   to the type of like he wanted, and then that like he

 4   would have problems with maintenance and then we

 5   changed it to a different type of leg that he can

 6   receive maintenance over there, with a better socket

 7   than obviously he has now.

 8        Q.    All right, so there's a prescription you

 9   said?

10        A.    There's actually two.

11        Q.    Pardon?

12        A.    There may be more than one because

13   initially we prescribed one type and then that one

14   wasn't -- it would be difficult to maintain in the

15   Philippines so we decided that he probably needs to

16   go with a little less sophisticated one.

17        Q.    All right, let's, before I see if we can

18   find the prescription, I don't know if I have that

19   here.  You mentioned that you changed the

20   prescription because of maintenance in the

21   Philippines.

22             How was it that you made that

23   determination as far as what type of prosthesis

24   would be able to be maintained in the Philippines?

25        A.    The prosthetist and the patient and the
```

1  therapist did research to see what was available and

2  it was according to what was available.  We wanted,

3  obviously he's a very active person so we want a

4  good prosthesis that will accommodate his lifestyle

5  and the one that we were originally thinking

6  together was not the one that -- the maintenance

7  wasn't available in the Philippines.

8       Q.   Okay.  So did you -- strike that.

9       So as I understand then, you did research

10 to determine what prosthesis could be maintained in

11 the Philippines?

12      A.   The people I stated before did more of the

13 research and we came up with the best one that could

14 also be maintained because it's important to have

15 maintenance on your prosthesis.

16      Q.   Okay.  Did you determine what facilities

17 were available over in the Philippines to perform

18 this maintenance?

19      A.   I did not determine it.  They did.

20      Q.   Who is "they"?

21      A.   Again the prosthetist, the physical

22 therapist, the patient.  And possibly his family, I

23 don't know if his family was involved.

24      Q.   Do you know the name of the prosthetist?

25      A.   He's at Jackson Memorial Hospital.

```
 1        Q.    So you don't know the name?

 2        A.    I'm going blank, I don't remember his

 3   name, sorry.

 4        Q.    All right, okay.

 5              Let me ask you this to move this along:

 6   I've seen several different names of prostheses, one

 7   was a C-Leg, one is a Total Knee 2100, Vari-Flex XC.

 8              Do any of those names sound familiar as

 9   far as what might have been initially prescribed for

10   Mr. Navarette?

11        A.    Initially?

12        Q.    Yes.

13        A.    The C-Leg is what we initially prescribed.

14   But the maintenance was going to be difficult.

15        Q.    Okay and what was it changed to?

16        A.    That's what I said, I can't recall, I

17   would have to look at my notes.

18        Q.    Okay.  Let me --

19        A.    I don't think it's going to be in here.

20        Q.    Okay.  I don't know if those are all of

21   your records or not.

22              MR. FOREMAN:  We can go off the record.

23              (Discussion off the record.)

24   BY MR. FOREMAN

25        Q.    Is the C-Leg which we had discussed
```

1   manufactured by a company called Ottobock?

2      A.   I can't be sure.

3      Q.   Is the Total Knee 2100 manufactured by a

4   company named Ossur?

5      A.   I don't know.

6      Q.   You don't know, okay.

7      And is the Vari-Flex XC manufactured by a

8   company called Ossur?

9      A.   I don't recall, I don't remember.

10     Q.   Can products manufactured, do you know

11   whether or not products manufactured by Ossur can be

12   attached to products manufactured by Ottobock?

13     A.   I'm not sure how that works.

14     Q.   Who would you know that?

15     A.   The prosthetist.

16     We all have different roles and so the

17   prosthetist, that's what they do on a daily basis.

18     Q.   Okay.  Do you know anything about the

19   guarantees on the products from Ossur?

20     A.   You would have to speak with the

21   prosthetist.

22     Q.   Okay.  And what about Ottobock, do you

23   know what the guarantees are?

24     A.   No.  You would have to speak with the

25   prosthetist.

1      Q.   And do you know what happens to guarantees

2   when you attached Ossur products to Ottobock

3   products?

4      A.   Speak with the prosthetist.

5      Q.   Okay.  Are these anything, did you discuss

6   any of this with the prosthetist in deciding what

7   type of prosthesis to prescribe?

8      A.   I'm not sure that I understand what you're

9   saying.

10     Q.   Okay.  My understanding from your

11   testimony is that you were the one that wrote the

12   prescription for the type of prosthesis that is

13   currently --

14     A.   No, the therapists and the prosthetist and

15   the patient and everybody, they work together to

16   figure out based on his ability what would be the

17   best prosthesis for him and based on that, we

18   discussed it at that time which was a while ago and

19   that's what we had agreed on and then I signed that.

20     Q.   Okay and what is the prosthesis that you

21   currently recommend for Mr. Navarette?

22     A.   I wrote it down.

23     Q.   Okay, you said you wrote it down.  You

24   wrote it down on the notes you brought with you?

25     A.   Uh-huh, I would have to -- I think it's

34

```
 1    there.
 2         Q.    Okay.  Why don't you take moment and look
 3    and see.  This is information we need.
 4         A.    What I understand right now is a Total
 5    Knee 2100.
 6         Q.    Total Knee --
 7         A.    I think -- or it's not Total Knee, it's a
 8    2100, sorry, I don't know if the Total Knee part,
 9    it's the 2100 one.
10         Q.    And do you know who the manufacture of
11    that is?
12         A.    If what you said was correct is Ossur.
13              MR. MORALES:  Form.
14    BY MR. FOREMAN
15         Q.    Okay and is it a combination, is that the
16    entirety of the prosthesis that's been recommended
17    or are there other parts of the prosthesis as well
18    that have been recommended?
19         A.    There's other parts of it, but I don't
20    have the prescription in front of me.
21         Q.    Okay.  Can you find that, please?
22         A.    I don't have that.
23         Q.    You don't it in -- what about on the
24    computer, if you take a moment?
25         A.    It's something that was handwritten that
```

JEANNIE REPORTING (305) 577-170

1    that whole prosthesis prescription was handwritten

2    that day.

3        Q.    Okay and how would we get a copy of that?

4        A.    Maybe speak with the prosthetist, or it

5    may be in his record, in his hard copy record.  I

6    don't have that with me and I'm not sure if it's

7    ever in the Netbook.

8        Q.    Is it possible for you to look on the

9    computer and see if you can find it in the chart?

10       A.    I can look.

11       Q.    Thank you.

12       A.    So I'm allowed to open the computer now?

13       Q.    Yes.  This is important information that

14   we need.  This is --

15       A.    You can get this information, you don't

16   need the -- I mean, you...

17       Q.    But I can't ask questions of you with --

18   you're the doctor that prescribed this so.

19       A.    It was based on everything that -- I can

20   call them and see if they can find it.  The computer

21   is still loading.  It's going to take a while.

22       Q.    Who would you call?

23       A.    The only person's number, I don't have it

24   memorized is on my notes again is Carolina and see

25   if she knows how to find it.

1       Q.    Okay.  All right, well, I'd like to move

2  on because we want to get through this.

3       A.    Yes, because you see the computer is still

4  loading, it's not me.

5       Q.    So let's move on and maybe we can come

6  back to this.

7              Did you, at the time that you prescribed

8  the prosthesis that's currently recommended, did you

9  have a discussion about what guarantees covered the

10 products?

11      A.    I don't know that information.

12      Q.    Did you discuss it is my question.

13      A.    We discussed the maintenance.

14      Q.    Only the maintenance?

15      A.    And the things that the patient will need

16 to be functional in the Philippines.

17      Q.    Okay, and let's talk about some of those

18 things that he will need to be functional in the

19 Philippines.

20              Why don't you tell me what those things

21 are.  All right, let me rephrase the question.

22              He will need to have adjustments to the --

23 strike that.

24              Will he need to have adjustments to the

25 prosthesis in the Philippines?

1          A.   Any prosthesis usually requires

2     adjustments.

3          Q.   And did you do research to determine

4     whether those adjustments could be made in the

5     Philippines?

6          A.   I didn't do research, the prosthetist

7     again, the physical therapist and the patient did.

8          Q.   Okay and it was determined that

9     adjustments could be made in the Philippines?

10         A.   I don't know if it was determined that

11    they can be made in the Philippines, it was easier

12    to maintain that prosthesis in the Philippines.  I

13    don't know where the adjustments would be made.

14         Q.   Was it discussed whether adjustments --

15    strike that.

16              Do prostheses need to be adjusted in the

17    future?

18              MR. MORALES:  Form.  Asked and answered.

19              THE WITNESS:  Didn't we just discuss that?

20    BY MR. FOREMAN

21         Q.   Well, I thought you qualified it by saying

22    maintenance.

23              I'm asking you if adjustments are

24    necessary to prosthesis in the future.

25              MR. MORALES:  Form.

```
 1              THE WITNESS:  Can you repeat what you said
 2       and what I said?  I'm not understanding.
 3  BY MR. FOREMAN
 4       Q.   Okay, here, this is what I'd like to know
 5  -- do you need to take that?
 6       A.   Sorry.
 7       Q.   That's okay.
 8                     (Pause.)
 9              THE WITNESS:  Go ahead.
10  BY MR. FOREMAN
11       Q.   Did you -- strike that.
12              Is it typical for a prosthesis to need
13  adjustments after they are initially prescribed?
14              MR. MORALES:  Form.
15              THE WITNESS:  Prosthesis do usually
16       require adjustments, yes.
17  BY MR. FOREMAN
18       Q.   How frequent do adjustments need to be
19  made?
20       A.   That cannot be determined until you see
21  the patient and how they are doing with their
22  prosthesis.
23       Q.   Okay.  And do prostheses require
24  adjustments for years; meaning, when somebody
25  receives a prosthesis is there future adjustments
```

JEANNIE REPORTING (305) 577-170

```
 1   that are necessary after the initial visit?

 2        A.   It's individual to the patient.

 3             MR. MORALES:  Form.

 4   BY MR. FOREMAN

 5        Q.   And when you say maintenance is necessary,

 6   what type of maintenance are you referring to?

 7             MR. MORALES:  Form.

 8             THE WITNESS:  Some of these questions may

 9        be better answered by the prosthetist who

10        specializes in the prosthesis in that manner.

11   BY MR. FOREMAN

12        Q.   Okay.  But I just want to know what you

13   know.

14             MR. MORALES:  She just told you.

15             THE WITNESS:  You want to know what I

16        know?

17   BY MR. FOREMAN

18        Q.   What you know.

19             Somebody else may be better in answering

20   it but I want to know what you know.

21        A.   It's not that they are better answering

22   it, that's what they do on a daily basis.

23        Q.   I understand that, but I want to know if

24   you know what type of maintenance is required for

25   prostheses.
```

1     A.    Depending on the patient's circumstances,

2   they need adjustments made.

3     Q.    Okay.

4     A.    I don't understand your question maybe.

5     Q.    Well, you've said you determined that the

6   prosthesis that has been currently recommended for

7   Mr. Navarette requires, or you researched, your

8   group researched to determine whether or not that

9   maintenance could be performed in the Philippines.

10           MR. MORALES:  Form.

11           THE WITNESS:  I don't think they -- no, I

12       did not say that.

13   BY MR. FOREMAN

14     Q.    Okay, well, what did you say?

15           All right, let's start over.

16           Why did you prescribe the particular

17   prosthesis that is currently recommended for Mr.

18   Navarette?

19           MR. MORALES:  Form.

20           THE WITNESS:  Why?

21   BY MR. FOREMAN

22     Q.    Yes.  As opposed to the initial

23   prosthesis.

24     A.    It would be better for him in the

25   Philippines.

```
 1        Q.    Okay.  Why would it be better for him in

 2   the Philippines?

 3        A.    The other one was going to be difficult to

 4   maintain.

 5        Q.    Okay.  You just used the word maintain.

 6              What type of maintenance do you foresee

 7   might be necessary in the Philippines?

 8        A.    Again, it depends on every patient and

 9   what they may need for any kind of prosthesis,

10   adjustments do need to be made with the socket,

11   possibly with the knee, with the foot, with the

12   liner, it can -- you could have multiple things that

13   need to be adjusted.

14        Q.    Okay.  And it was determined that the type

15   of maintenance that you foresaw might be necessary

16   would be available in the Philippines with the type

17   of prosthesis that you recommend?

18              MR. MORALES:  Form.

19              THE WITNESS:  I don't know that.

20   BY MR. FOREMAN

21        Q.    Well, isn't that why you ultimately

22   prescribed the type of prosthesis?

23              MR. MORALES:  Form.

24              THE WITNESS:  That is not the only reason

25         we prescribed that type of prosthesis.
```



BY MR. FOREMAN

Q.   Okay, but that was one of the factors, isn't it?

A.   I don't know if he would have to still go elsewhere but it was going to be easier ultimately they determined to maintain it.

Q.   Okay.

A.   I don't recall that -- again, this was sometime ago that we did all of this.

Q.   Okay.  Do you have any recollection of whether or not there was any consideration for the type of guarantee or warranty that was available for the type of prosthesis that is currently prescribed?

MR. MORALES:  Form.

THE WITNESS:  I don't recall that so if you want, we could speak with my resident, I don't recall right now, or the therapist, I don't remember.

BY MR. FOREMAN

Q.   Okay.  So who would know, who would best know that, the prosthetist or the therapist?

A.   Possibly both.

Q.   Now, you mentioned a liner.  Is a liner a limb sock?

A.   No.  A sock and a liner are different.

1      Q.    Okay.  What is a limb sock?

2      A.    A limb sock?

3      Q.    Yes.

4      A.    You can wear socks over the liner to fit

5   properly.

6      Q.    Okay and for the type of prosthesis that

7   you have prescribed, is a limb sock necessary?

8      A.    Normally socks are necessary.  I don't

9   know, I don't know in this case what he's going to

10   need.

11      Q.    Okay.  Just so I understand it, so it

12   hasn't been determined whether or not Mr. Navarette

13   will need a need limb sock?

14           MR. MORALES:  Form.

15           THE WITNESS:  When you say -- I'm not

16       understanding when you're saying a limb sock,

17       maybe you're referring -- what do you mean by a

18       limb sock?

19   BY MR. FOREMAN

20      Q.    Well, I asked you, Doctor.

21      A.    Right, but I'm asking you, because what

22   I'm understanding as a sock, I want to know if it's

23   the same what you're understanding is a sock.

24      Q.    Okay.  I'm not answering the questions.

25      A.    Right, but I need to understand what

JEANNIE REPORTING (305) 577-170

```
 1   you're --
 2        Q.   If you don't understand, that's fine.
 3             What is a limb sock to you?
 4        A.   The socks that you can wear over before
 5   you put it in the socket.
 6        Q.   Okay.  Is a limb sock a special type of
 7   sock?
 8             MR. MORALES:  Form.
 9             THE WITNESS:  They are not socks that you
10        and I wear everyday.
11   BY MR. FOREMAN
12        Q.   Okay.  So it's a sock that's special -- is
13   it a sock that's specially made for use in
14   prosthetics?
15        A.   Yes, and they come in -- there are
16   different thicknesses and different types and
17   sometimes people wear more than one.
18        Q.   Okay.  And will Mr. Navarette be required
19   to use a limb sock for the prosthesis that you have
20   prescribed?
21             MR. MORALES:  Form.
22             THE WITNESS:  I am not sure.
23   BY MR. FOREMAN
24        Q.   Do you know what, how often a limb sock
25   needs to be replaced?
```

1        A.    It depends on the situation.

2        Q.    Is there a requirement or a specification

3   that describes when a limb sock should be replaced?

4             Meaning after, you know, 30 days, after 60

5   days, if it starts to show wear, those are the types

6   of things I'm trying to understand.

7        A.    As in most things if it shows wear and

8   it's wearing out then it would probably need to be

9   changed and maybe adjusted, if it's wearing out

10  unevenly.

11       Q.    Okay.  And how frequently does a limb sock

12  typically need to be replaced?

13       A.    It depends on the patient.

14       Q.    Is there special type of limb socks that

15  are made for a particular prosthesis that would be

16  manufactured by a particular company or is it just

17  any limb sock can be used with any prosthesis?

18            MR. MORALES:  Form.

19            THE WITNESS:  I think maybe, again it may

20       be better for you to talk to the prosthetist.

21  BY MR. FOREMAN

22       Q.    Okay.  Is it that you just don't know the

23  answer or?

24       A.    It depends on the situation and the socks

25  can be interchanged.



JEANNIE REPORTING (305) 577-170

```
 1        Q.   When you say interchanged, meaning it can

 2   be -- a limb sock can come from one company and be

 3   used on a patient?

 4        A.   Yes, I guess.

 5        Q.   Okay.

 6        A.   I don't understand if what company can do

 7   with what company, but you can -- it's not

 8   necessarily, from what I have done in the past, it's

 9   not necessarily one-to-one, if we are talking again

10   about the same sock which normally is not the most

11   important component in a prosthesis.

12        Q.   Is it legal to export the prosthesis to

13   the Philippines from the United States?

14        A.   I don't know.

15             MR. MORALES:  Form.

16   BY MR. FOREMAN

17        Q.   Sorry?

18        A.   I -- that's not my area.  Maybe you would

19   know that as a lawyer.

20        Q.   Okay, so you don't know.

21             Have you been involved in any other cases

22   where a prosthesis has been exported to the

23   Philippines?

24             MR. MORALES:  Form.

25   BY MR. FOREMAN
```

1      Q.    From the United states?

2      A.    I don't export prostheses.

3      Q.    Well, when you give a prosthesis to a

4  patient and they are from another country --

5      A.    Normally that's -- I mean, I don't -- I'm

6  not sure what, I guess I still don't know what

7  you're asking.

8      Q.    Okay.  And my question is, do you know

9  whether or not that --

10     A.    I don't know the legal ramifications of

11  prostheses.

12     Q.    Was that something that was considered or

13  discussed when you decided what prostheses to

14  prescribe for Mr. Navarette?

15          MR. MORALES:  Form.

16          THE WITNESS:  The legal -- if he can wear

17     his leg outside the country?

18  BY MR. FOREMAN

19     Q.    No, if he can take the leg outside the

20  country, whether it's okay to bring it to another

21  country.

22     A.    So I'm confused.  If you wear -- if a

23  person has an amputation and they wear the leg and

24  they go to Europe, I'm not sure what you're saying,

25  they are not allowed to wear their leg?

```
 1        Q.    Let me give you some more predicate.

 2              Mr. Navarette is from the Philippines;

 3   correct?

 4              MR. MORALES:  Form.

 5   BY MR. FOREMAN

 6        Q.    Mr. Navarette will be returning to the

 7   Philippines?

 8              MR. MORALES:  Form.

 9   BY MR. FOREMAN

10        Q.    At some point.  Correct?

11              MR. MORALES:  Speculation.

12              THE WITNESS:  That's, I mean, I think

13        that's what the plan is.

14   BY MR. FOREMAN

15        Q.    Okay.  And do you know whether or not an

16   individual that is given a product outside of the

17   Philippines can bring that product into the

18   Philippines?

19              MR. MORALES:  Form.

20              THE WITNESS:  That's not my area of

21        expertise.

22   BY MR. FOREMAN

23        Q.    So you don't know that, do you?

24              MR. MORALES:  Form, asked and answered.

25   BY MR. FOREMAN
```

```
1        Q.    You're not going to answer the question?

2        A.    I just told you that's not my area of

3   expertise.

4        Q.    But that --

5        A.    You asked me legally and I don't know, I'm

6   not a lawyer.

7        Q.    Okay, that's what I want to know is you

8   don't know.  Okay?  We can't guess from what a

9   transcript of your testimony is going to be, that's

10  why I'm asking you to get an answer with

11  specificity.

12            Okay.  Has the risk of dehiscence of the

13  stump decreased since February 12, 2014?

14            MR. MORALES:  Form.  Predicate.

15            THE WITNESS:  You should speak with Dr.

16       Lineen.

17  BY MR. FOREMAN

18       Q.    I'm asking you, if you know.

19            MR. MORALES:  Form.

20            THE WITNESS:  Dr. --

21            MR. MORALES:  You can answer.

22            THE WITNESS:  You need to speak with Dr.

23       Lineen.

24  BY MR. FOREMAN

25       Q.    Okay, but I'm asking you.
```

```
 1              MR. MORALES:  Same objection.

 2   BY MR. FOREMAN

 3        Q.   Has Mr. Navarette had any issues with

 4   dehiscence since February 12th of 2014?

 5        A.   No, he has not.

 6              MR. MORALES:  Form, predicate.

 7   BY MR. FOREMAN

 8        Q.   And Mr. Navarette currently is using a

 9   prosthesis?

10        A.   A temporary one.

11        Q.   Okay.  What type of temporary prosthesis

12   is Mr. Navarette using?

13        A.   I don't know the exact name of it.

14        Q.   Is it the same or different than the one

15   you prescribed?

16        A.   Different.  And this one today is causing,

17   he has pain with it today.

18        Q.   Okay, he has pain but --

19        A.   He is having pain, he wasn't able to wear

20   it this morning.

21        Q.   Okay.  And you don't know which one it is?

22        A.   It's a temporary prosthesis.

23        Q.   Do you know who manufactures the temporary

24   prosthesis?

25        A.   No.
```

```
 1        Q.    How is it different than the one you've

 2   prescribed?

 3             MR. MORALES:  Form.

 4             THE WITNESS:  When you're doing -- when

 5        you're making a prosthesis, you always make a

 6        temporary prosthesis to make a permanent

 7        prosthesis so you can learn from it.  We've had

 8        to adjust a temporary one multiple times.  And

 9        today the orthotic and prosthetic team is

10        coming again to look at it because again it's

11        not work properly.

12   BY MR. FOREMAN

13        Q.    Okay.  So he has pain you said.

14             But there's no dehiscence; right?

15             MR. MORALES:  Form.

16             THE WITNESS:  Currently there's no

17        dehiscence, but he's having pain so he's not

18        wearing his leg today.

19   BY MR. FOREMAN

20        Q.    Okay, but how long has he been wearing his

21   temporary prosthesis?

22        A.    I don't have the exact date.

23        Q.    Is it more than a month?

24        A.    I think so.  I don't know the exact date.

25        Q.    Okay.  And can you describe please what
```

1    dehiscence is?

2         A.    I don't have a medical -- I understand

3    what it is, but we can look -- you could look at a

4    definition.

5         Q.    What do you understand dehiscence is?

6         A.    Wound site opening up.

7         Q.    Opening of the wound site?

8         A.    Or any other area because of the injury.

9         Q.    Has there been any opening of wounds since

10   Mr. Navarette has been using a prosthesis?

11              MR. MORALES:  Form.

12              THE WITNESS:  Not that I can recall.

13   BY MR. FOREMAN

14        Q.    When was the last time Dr. Lineen saw Mr.

15   Navarette?

16              MR. MORALES:  Form, speculation.

17              THE WITNESS:  I cannot say that.  I can't

18        answer it.

19   BY MR. FOREMAN

20        Q.    Are you aware of the last time Dr. Lineen

21   saw Mr. Navarette?

22        A.    He doesn't check in with me when he sees

23   him, every time he sees him.

24        Q.    Dr. Lineen is not currently Mr.

25   Navarette's attending physical, is he?

 1      A.    He's a consulting physician.

 2      Q.    When was the last time Dr. Lineen was

 3 consulted?

 4      A.    Dr. Lineen is consulted currently.

 5      Q.    When was the last time you consulted with

 6 Dr. Lineen with regard to Mr. Navarette?

 7      A.    I don't recall the date.

 8      Q.    Was it more than a week ago, was it more

 9 than two weeks ago, three weeks ago?

10           MR. MORALES:  Form.

11 BY MR. FOREMAN

12      Q.    Was it back in February?

13      A.    I don't recall the date right now.

14      Q.    Okay.  Well, approximately how long ago

15 was it?

16      A.    I could look it up.  I don't know the

17 date.

18      Q.    Okay, let's do that, let's look it up.

19      A.    I can call my resident, also he may have--

20      Q.    Well, I want you to look at, you said that

21 you had the --

22      A.    Well, this isn't, this thing doesn't even

23 work, it's not....

24      Q.    So you can't even bring the records up on

25 the computer?

```
 1        A.   It's taking -- it may be a medical records
 2   thing as we discussed.
 3             This will be over at 2:30, correct,
 4   because I have --
 5             MR. MORALES:  I can't guarantee you that.
 6             THE WITNESS:  Well, I was only told to be
 7        here until 2:30.
 8   BY MR. FOREMAN
 9        Q.   Well, we have paid a considerable amount
10   of money today.
11        A.   I understand, but it's not me, I have to,
12   I have other things that I need to take care and
13   that's why I said Wednesday was a better day but
14   nobody was able to adjust to my schedule.
15        Q.   Well, we are under a time constraint and--
16        A.   I understand and they told me 1:00 to 2:30
17   and I got here at 1:05.
18        Q.   Well, I didn't say 1:00 to 2:30.  We asked
19   for two hours.
20        A.   I was only told and it was on my calendar
21   from 1:00 to 2:30.  So if there's a problem I guess
22   we will to have to call them because I do need to go
23   because I have other things that I have to take care
24   of that are pending right now.
25        Q.   Okay, well, so you don't --
```

```
 1        A.   So I did talk to him at least for sure in

 2   March.

 3        Q.   Okay.  When in March?

 4        A.   It was in March.  I said approximately it

 5   was in March.

 6        Q.   When?

 7             MR. MORALES:  Form, asked and answered.

 8             THE WITNESS:  I --

 9   BY MR. FOREMAN

10        Q.   Beginning, end, middle?

11        A.   It was in March.

12        Q.   Okay.  Is there a note?

13        A.   It may be documented also in my notes.  I

14   can't, I mean we are going to spend like 20 minutes

15   for me to look it up but if that's what you like.

16        Q.   So if you don't know, it's sometime in

17   March?

18        A.   We did speak to him in March for sure.

19        Q.   And what was discussed?  If you know?

20        A.   About his anticoagulation.

21        Q.   Was that cutting off, terminating his

22   anticoagulation medication?

23        A.   To discontinue it.

24        Q.   That's what it was, to discontinue it?

25             MR. MORALES:  Form.
```

```
1              THE WITNESS:  (No response.)
2  BY MR. FOREMAN
3       Q.   Was there any discussion about dehiscence?
4       A.   At that time, I don't recall that.
5       Q.   Okay.
6       A.   It's not letting me get to that point.
7       Q.   Okay.  So if it was in March -- we're
8  going to come back because we're going to have to
9  deal with the records, we're going to have to get
10 those.
11      A.   I haven't gotten anything.
12      Q.   No, no, no, I know, I'm saying, just to
13 move along, let me move along with questions that
14 may not have records and we're going to reserve with
15 regard to the records.
16      A.   Yes, because I need to leave at 2:30, in
17 17 minutes.
18           MR. MORALES:  You'll have the joy of
19      seeing us again.
20           MR. FOREMAN:  Yes.
21           THE WITNESS:  That's fine, but it needs to
22      be later.  I have things I need to do now.
23 BY MR. FOREMAN
24      Q.   Is Mr. Navarette fit to travel?
25           MR. MORALES:  Form.
```

```
 1                    THE WITNESS:  You can talk to his acute

 2         care doctor about that.

 3   BY MR. FOREMAN

 4         Q.   I'm asking you, Doctor, in your opinion is

 5   he fit to travel?

 6                    MR. MORALES:  Form.

 7                    THE WITNESS:  Again, you could talk to his

 8         acute care doctor.

 9   BY MR. FOREMAN

10         Q.   You're not going to answer that question?

11                    MR. MORALES:  She did answer the question

12         again.

13                    MR. FOREMAN:  You're going to stop with

14         the speaking objections, okay, and limit them

15         to form, okay?

16   BY MR. FOREMAN

17         Q.   Is Mr. Navarette fit to travel?

18                    MR. MORALES:  Same objection.

19                    THE WITNESS:  You could --

20   BY MR. FOREMAN

21         Q.   Yes, no, I don't know?

22                    MR. MORALES:  Form.

23                    THE WITNESS:  In what way are you

24         referring to fit?

25   BY MR. FOREMAN
```



1      Q.   Is there anything in Mr. Navarette's

2   condition from your perspective that would prevent

3   him from being able to travel back to the

4   Philippines?

5              MR. MORALES:  Form.

6   BY MR. FOREMAN

7      Q.   At the present time?

8              MR. MORALES:  Same objection.

9              THE WITNESS:  I guess I'm trying to

10         understand like you're saying just to actually

11         get on a plane and land there?

12   BY MR. FOREMAN

13      Q.   Yes.  Is there anything that would prevent

14   him from getting on a plane and landing there, is

15   there any potential harm that would come to him from

16   a medical perspective?

17      A.   Again, I think you should talk to Dr.

18   Lineen, but from my standpoint, I don't have

19   anything, but from a rehab standpoint, not

20   necessarily, but Dr. Lineen, you may want to speak

21   with him.

22      Q.   Okay.  So from a rehab standpoint, from

23   your standpoint, he is fit to travel; right?

24      A.   Rehab standpoint, that means fit --

25   getting on the plane, physically getting there.

```
 1        Q.   Okay, but you're unaware of anything --

 2   strike that.

 3             Are you aware of anything medically that

 4   would prevent Mr. Navarette from being able to

 5   travel at the present time?

 6             MR. MORALES:  Form, same objection.

 7             THE WITNESS:  I'm not aware of any.

 8             Again, you would want to talk with Dr.

 9        Lineen to make sure.

10   BY MR. FOREMAN

11        Q.   Does discharge mean the date that a

12   patient is released from being a patient at the

13   hospital?

14             MR. MORALES:  Form.

15   BY MR. FOREMAN

16        Q.   In other words when you reference a

17   discharge plan in records, that's to discharge the

18   patient from in-patient treatment at the hospital;

19   right?

20        A.   Yes, depending on where they are going,

21   what their home situation is.

22             MR. FOREMAN:  Let's mark this as exhibit,

23        we wanted to mark that as Exhibit 2, so we are

24        we will mark this as Exhibit 3.

25             THE WITNESS:  We turned it over.
```

JEANNIE REPORTING (305) 577-170

```
1              MR. FOREMAN:  I understand that.

2              THE WITNESS:  You won't let me use it so

3         might as well not use it.

4    BY MR. FOREMAN

5         Q.   Well, you did look at it but --

6         A.   You told me to look at it off the record.

7         Q.   I know that.  But I'm saying, we can mark,

8    I want to mark it as an exhibit to the deposition.

9         A.   But you did not let me use it and that's

10   why I've turned it over.

11        Q.   You referenced it.

12        A.   You told me to.

13        Q.   I know.

14        A.   And I didn't have a choice, if you're

15   telling me to.

16        Q.   You said you had to look at it to refresh

17   your recollection.

18             Okay.  Listen, this is, we can deal with

19   this with the Judge okay, we will deal with it with

20   the Judge.

21             MR. FOREMAN:  Let's mark this as Exhibit

22        3, it's a copy.

23             (Thereupon, Defendant's Exhibit Number 3

24        was marked for identification.)

25             MR. MORALES:  Mr. Foreman, just so I
```

```
1        understand your intent, you don't intend to
2        take that, you just want to mark it, refer to
3        that, I mean her notes --
4            MR. FOREMAN:  I do not want to take it, as
5        long as the Doctor can be custodian, we can
6        deal with she's not going to turn it over to
7        us, with the redactions and we can work it out
8        with her, with UM's counsel, or the Court.
9        That's all.  I just want to make sure that it's
10       preserved and not discarded, because that would
11       be improper.
12           MR. MORALES:  I understand.
13           MR. FOREMAN:  That's all.  Okay.
14   BY MR. FOREMAN
15       Q.   Let me show you what's been marked as
16   Exhibit 3, ask you to take a look at that.  That's a
17   document that is dated, it says electronically
18   signed 2/5/2014, that's February 5th, 2014?  Is that
19   right?
20       A.   Uh-huh.
21       Q.   That's a yes?
22       A.   Yes.
23       Q.   And this record pertains to Mr. Navarette?
24           MR. MORALES:  Form.
25           THE WITNESS:  It has his name on it.
```

```
 1   BY MR. FOREMAN
 2        Q.   It's on the top?
 3        A.   Yes, that's what I said, it seems to have
 4   his name on it.
 5        Q.   All right, okay.  And this is an Initial
 6   Discharge Planning Assessment?
 7             MR. MORALES:  Form.
 8             THE WITNESS:  That's what it says.
 9   BY MR. FOREMAN
10        Q.   And according to this document, this also
11   states that Mr. Navarette lives in the Philippines;
12   is that right?
13             MR. MORALES:  Form.
14             THE WITNESS:  Where does it say that?  I
15        don't see that on that page that you're showing
16        me.
17   BY MR. FOREMAN
18        Q.   Here, "Notes, patient lives in the
19   Philippines".
20        A.   Uh-huh.
21        Q.   Okay.  That's a yes?
22        A.   Yes.
23        Q.   Okay, all right.
24             MR. MORALES:  Form.
25             THE WITNESS:  You showed me a different
```

63

```
 1        one before.
 2   BY MR. FOREMAN
 3        Q.   Yes no, no, I know, it's just when you say
 4   uh-huh the court reporter can't take that down and
 5   that's my fault not giving you the explanation in
 6   the beginning.
 7             Okay.  In Living Situation/Support System,
 8   it says "with family".  Is that what that document
 9   says?
10        A.   That's what the document says.
11        Q.   Okay.  And the anticipated discharge plan
12   was discussed with Mr. Navarette?
13             MR. MORALES:  Form.
14   BY MR. FOREMAN
15        Q.   Is that right?
16        A.   It says with patient.
17        Q.   Okay and the patient is Mr. Navarette?
18             MR. MORALES:  Form.
19             THE WITNESS:  Correct.
20   BY MR. FOREMAN
21        Q.   Okay.  And the plan at time was to
22   discharge Mr. Navarette to the Philippines with his
23   family?
24             MR. MORALES:  Form.
25             THE WITNESS:  That's what I'm reading,
```



JEANNIE REPORTING (305) 577-170

```
 1            that's highlighted for me.
 2   BY MR. FOREMAN
 3       Q.   Okay.  And Mr. Navarette agreed to that
 4   plan?
 5            MR. MORALES:  Form.
 6            THE WITNESS:  I don't understand what you
 7       mean by he agreed to that plan.
 8   BY MR. FOREMAN
 9       Q.   Well, it says "patient and caregiver
10   participate and agreed to discharge plan" and it
11   says yes; right?
12       A.   To eventually go home with his family.
13       Q.   Okay.  But that's what the discharge plan
14   was; correct?
15       A.   After --
16            MR. MORALES:  Form.
17            THE WITNESS:  Yes, after he was able to
18       functionally go home with his family.
19   BY MR. FOREMAN
20       Q.   Okay, all right.  And as you sit here
21   today, do you know whether the quality of the
22   medical care available to Mr. Navarette in the
23   Philippines is reasonable for his needs?
24            MR. MORALES:  Form.
25            THE WITNESS:  We already spoke about this
```



65

```
 1          at the beginning, did we not?
 2               MR. FOREMAN:  Well, not that specific
 3          question.
 4               MR. MORALES:  I disagree.
 5               THE WITNESS:  Again, I did not visit the
 6          facilities, I do not know the therapist there.
 7  BY MR. FOREMAN
 8          Q.   So it's fair to say you don't know whether
 9  the medical care available to Mr. Navarette in the
10  Philippines is better, worse or the same as the care
11  that he is currently receiving here, do you?
12               MR. MORALES:  Form, asked and answered.
13               THE WITNESS:  I know the care that he's
14          receiving here.
15  BY MR. FOREMAN
16          Q.   And you don't know the care that he would
17  potentially be able to receive in the Philippines?
18          A.   I've never been to that facility.
19          Q.   All right.  What is the current plan for
20  discharging Mr. Navarette?
21          A.   What do you mean by that?
22          Q.   Is there a current plan to discharge Mr.
23  Navarette?
24          A.   He was awaiting his prosthesis and was
25  going to get trained in the prosthesis and currently
```

1    he's receiving therapy and when this was complete he

2    was going to go home.

3         Q.   Okay.  Now, was there any discussion or

4    plan to discharge Mr. Navarette from in-patient?

5         A.   There's discussion every week about this.

6    Or daily sometimes.

7         Q.   Is there a plan to discharge Mr. Navarette

8    from in-patient at the hospital?

9         A.   There's always a plan for every patient to

10   discharge them eventually.

11        Q.   Is there a current plan to discharge Mr.

12   Navarette from in-patient care at this hospital?

13            MR. MORALES:  Form.

14            THE WITNESS:  I'm not sure what you mean

15        by current plan, is there a date, no, there's

16        not a date.

17   BY MR. FOREMAN

18        Q.   Okay.  And what is the plan for his

19   discharge?

20            MR. MORALES:  Form.

21            THE WITNESS:  Again, I just answered that.

22   BY MR. FOREMAN

23        Q.   Well, is he -- okay.

24            What is the current plan for discharge as

25   an in-patient, meaning where do you intend for Mr.

1   Navarette to go?

2        A.   It depends at what stage he's at.

3        Q.   Okay.  Is he -- is there a plan to

4   discharge Mr. Navarette from in-patient care?

5             MR. MORALES:  Form.

6   BY MR. FOREMAN

7        Q.   At the hospital?  Has that been discussed?

8        A.   Yes, we discuss it every -- we discuss it

9   often.

10       Q.   Has there been a plan to discharge Mr.

11  Navarette to a hotel?

12       A.   That was one thought.

13       Q.   Okay.  And was another thought to

14  discharge Mr. Navarette back to the Philippines?

15       A.   Depending on when we discharge him and

16  what he's able to do and with his prosthesis and

17  with his therapy and what type of therapy he's

18  receiving.

19       Q.   Is there any reason that Mr. Navarette

20  couldn't receive a prosthesis for fitting and future

21  adjustments in the Philippines?

22            MR. MORALES:  Form.

23            THE WITNESS:  Again, I'm not in the

24       Philippines so I don't know what he can and

25       can't receive in the Philippines.

BY MR. FOREMAN

    Q.   How big is the risk of Mr. Navarette falling when he is alone?

    A.   How big is the risk?

    Q.   Yes.

    A.   What kind of -- I don't understand.

    Q.   In other words, does Mr. Navarette need someone to accompany him, to assist him with activities of daily living?

    A.   It depends on what type of assistive device he's using.

    Q.   Do you agree that Mr. Navarette would be better in a home with his family as opposed to in a hotel without his family, all other things being equal?

        MR. MORALES:  Form.

        THE WITNESS:  I don't understand how all
    other things being equal, so his family is
    going to come here?

BY MR. FOREMAN

    Q.   Meaning if the medical care was the same.

    A.   If the medical care was the same?

    Q.   If the medical care available to Mr. Navarette was the same in the Philippines and in the United States, would you agree that it would be

```
 1   better for him to be at home with his family than in

 2   a hotel without his family?

 3                MR. MORALES:  Objection, outside the scope

 4         of her expertise.  She's not a psychologist.

 5                MR. FOREMAN:  Please stop the speaking

 6         objections, okay?

 7                MR. MORALES:  Well...

 8                MR. FOREMAN:  I don't think Judge Huck

 9         will take kindly to them.

10                THE WITNESS:  I think in -- I mean, yes,

11         maybe it is better for you to talk to the

12         psychologist.

13   BY MR. FOREMAN

14         Q.   I'm not asking the psychologist.

15         A.   Right.

16         Q.   I'm asking you, Doctor, you're his

17   attending physician and you are, from a

18   rehabilitation --

19         A.   He is emotionally stable and he is able to

20   be by himself as he has done in his work for time

21   period so even though his family is not here right

22   now he has done very well in rehab.

23         Q.   But from a rehabilitation standpoint, if

24   the same rehabilitation and prosthetic and

25   occupational care was available to him in the
```

```
 1   Philippines --
 2        A.   If the exact same care was available?
 3        Q.   Yes.
 4        A.   Then yes, it would be nice to have his
 5   family around but the exact same care cannot --
 6   every place is different, so we don't know what care
 7   is able to be -- but he is able to progress and do
 8   well even though his family is not present, he is
 9   not relying on his family to continue his rehab.
10        Q.   How will Mr. Navarette's social needs be
11   met if he's in a hotel?
12             MR. MORALES:  Form, speculation.
13             THE WITNESS:  I guess that would be
14        something you would want to speak with him.
15   BY MR. FOREMAN
16        Q.   So you don't know how his social needs
17   would be met in the hotel?
18        A.   He has a good support system here even.
19        Q.   Who is his support system here?
20        A.   He's made friends and he has people that
21   come and visit him.
22        Q.   Who are the friends that come visit him?
23        A.   You can ask him their names, I don't have
24   their names.
25        Q.   So there's friends that come visit him and
```

```
 1   are friends the same as family?

 2           MR. MORALES:  Form.

 3           THE WITNESS:  You tell me.

 4   BY MR. FOREMAN

 5       Q.   I'm asking you, Doctor, you made the

 6   statement.

 7       A.   Sometimes friends are better than family,

 8   it depends on the situation.  I don't know --

 9       Q.   Okay.  So you don't know whether or not --

10   well, is he close with his family?  You said he

11   talks to them on the iPad.

12       A.   He talks to them on the iPad, yes.

13       Q.   How will his nutrition needs be met in a

14   hotel?

15           MR. MORALES:  Form.

16           THE WITNESS:  I don't know what he'll do

17       in the hotel in terms of his nutrition, I'm not

18       sure what's going to be set up for him.

19   BY MR. FOREMAN

20       Q.   Where -- strike that.

21           There were specific goals that were set up

22   in order for Mr. Navarette to be discharged; is that

23   correct?

24           MR. MORALES:  Form.

25           THE WITNESS:  Certain goals?
```

```
 1   BY MR. FOREMAN
 2        Q.    Goals.
 3        A.    There are --
 4        Q.    Okay, there was an objection to form.
 5              Were there goals that Mr. Navarette had to
 6   meet in order to be discharged?
 7        A.    For each patient depending on where their
 8   goals, their goals may be varied.
 9        Q.    Okay and what were the goals for Mr.
10   Navarette?
11        A.    The goals according to the person I even
12   spoke with that represents your company or their
13   company, we said that he was going to be able to use
14   his prosthesis and be functional to function in the
15   Philippines.
16        Q.    And what is he currently unable to do to
17   be able to function in the Philippines?
18              MR. MORALES:  Form.
19              THE WITNESS:  I have my notes there.
20   BY MR. FOREMAN
21        Q.    Okay.  So you don't know without looking
22   at your notes?
23        A.    I have an idea what we had spoken about
24   but I don't have the exact -- and again, this is
25   just my notes, so you may want to look at the
```

1    physical therapy notes.

2         Q.   Okay.  Let's do this, you could --

3         A.   I mean, are we almost done?  Because I

4    have to go to the restroom too.

5         Q.   We're getting close.

6              You can look at the notes.  Okay?  You've

7    looked at them.

8              Here, first of all, before you look at

9    them, tell me what your recollection is, before you

10   look at them, your independent recollection.

11        A.   Why are we testing my recollection and my

12   memory right now?  I have other things on my....

13        Q.   This is entirely proper, this is the way a

14   deposition works, I'm entitled to know what you know

15   and then if you need to refresh your recollection

16   then you can do so.  Okay?

17        A.   He is working on being able to not use

18   crutches, a crutch, when doing activities.  He needs

19   to be able to do outdoor activities because in the

20   Philippines it will be the same way, like curbs,

21   grass.  There's another thing I know that he was

22   working on.  And being able to carry things, he does

23   have two children, so he should be able to carry

24   items and them, so they are trying to simulate

25   different activities that he may be participating in

1   the Philippines.

2        Q.   And where is he with regard to

3   accomplishing those goals?

4        A.   You should refer to the physical therapy

5   notes.

6        Q.   Do you have any recollection as to where

7   is?

8        A.   He's still not independent with doing

9   these items.

10       Q.   Okay.  Now, that's with regard to being

11  discharged, right, he needs, those are the goals to

12  be discharged; is that my understanding?  Is my

13  understanding correct?

14       A.   These are the things that he needs to

15  improve on.

16       Q.   Okay.  Once he improves and accomplishes

17  those goals, improves to the point where he's able

18  to do those things that we just discussed,

19  independently, is that the point when he is no

20  longer -- he no longer needs to see you for care?

21            MR. MORALES:  Form.

22  BY MR. FOREMAN

23       Q.   Or is that the point in time when he no

24  longer needs to be in-patient in the hospital?

25            MR. MORALES:  Form.

1          THE WITNESS:  Right now he is -- he still

2     continues to make progress in his in-patient

3     goals.

4  BY MR. FOREMAN

5     Q.   Okay.  So once he accomplishes the

6  in-patient goals is then the plan to consider

7  discharging him to out-patient or releasing him

8  from--

9     A.   One of the goals was that they had spoken

10  to me, the other side, or whoever, I guess I don't

11  recall the person's name, the female that I had

12  spoken to awhile ago while we were trying to

13  consider where we should put him, she understood and

14  we had said with his permanent prosthesis, not with

15  his temporary prosthesis.

16     Q.   Okay, I'm trying to understand from your

17  perspective.  You said his in-patient goals, okay,

18  so I'm taking that to mean that those are what Mr.

19  Navarette needs to accomplish, he needs to achieve

20  those goals before he's no longer in-patient.  Is

21  that what you meant by that statement?

22     A.   I think I'm not understanding, like I

23  guess not.

24     Q.   Okay.  All right.  Let me ask you this,

25  okay, the goals that you discussed, being able to

76

```
 1   walk --
 2         A.    Independently.
 3         Q.    Independently, okay, we will use the term
 4   independently, is that something that he needs to do
 5   before he will be considered to be discharged from
 6   an in-patient at the hospital?
 7         A.    (No response.)
 8         Q.    Let me ask you this:  Is there a
 9   difference between in-patient and out-patient?
10         A.    Yes.
11         Q.    Okay.  In-patient is someone that actually
12   stays in the hospital; is that right?
13         A.    In the rehab hospital.
14         Q.    Okay.  And out-patient is somebody that's
15   still receiving medical care but they don't live or
16   they don't stay in the hospital, they stay somewhere
17   else and come to the hospital?
18         A.    Not in the care where we have care.
19               MR. MORALES:  Form.
20   BY MR. FOREMAN
21         Q.    All right.  So when you said that he had
22   to reach those -- he had to be able to be
23   independent --
24         A.    That's what was decided by I guess your
25   people.
```

77

```
1        Q.    I want to know from your perspective,
2   Doctor.  Okay?
3        A.    It depends on every patient's situation.
4   If he's going to go back to the Philippines and I
5   don't know what stage you guys have decided, maybe
6   you've been to the Philippines and looked at the
7   hospitals what it sounds like and so if you all know
8   what's available over there, that's up to you all to
9   -- I mean, because I'm just -- his goal or they
10  understood the goal is to get his permanent
11  prosthesis and to make sure it fits well and to
12  continue to do his rehab, that was his particular
13  goals.
14       Q.    From your perspective does Mr. Navarette
15  need to be in-patient as we sit here today?
16       A.    Again, it depends on his situation and
17  where he's going and what he's going to receive
18  afterwards.
19       Q.    Okay.  If he was going to receive
20  hypothetically medical care in this hospital, does
21  Mr. Navarette need to be in-patient?
22       A.    Medical care or rehab care?
23       Q.    Rehab care.
24       A.    And he, depends again what his benefits
25  are to cover him as out-patient.
```

1      Q.   Well, my question to you is, is he at a

2  stage in his rehabilitation that he is able to be an

3  out-patient?

4           MR. MORALES:  Form.

5           THE WITNESS:  Is he able to be

6      out-patient?

7  BY MR. FOREMAN

8      Q.   Is he at a stage in his care and treatment

9  from a rehabilitation perspective where he still

10  needs to be in-patient?

11      A.   He could be managed as an out-patient but

12  he needs to continue receiving medical and rehab

13  care.

14      Q.   Okay.

15      A.   So we are done now?  Because it's 2:36 and

16  I have to use the restroom and I have other things

17  to do as I had stated before.

18      Q.   I want to -- I need to ask you a question

19  about a record.

20      A.   Okay and then I have to stop because I

21  have other things I have to finish and that's why I

22  said I cannot do it today because I have things I

23  have to finish.

24           MR. MORALES:  I understand, Doctor.

25           For the record, I have to put on,

```
 1        obviously the plaintiff's side, an opportunity

 2        to cross examine the witness and, you know, we

 3        reserve the right to do that.

 4             THE WITNESS:  Okay.  It could be at a

 5        later time?  Now?

 6             MR. MORALES:  No, not -- we'll still work

 7        with you, your schedules.

 8             THE WITNESS:  Yes.

 9  BY MR. FOREMAN

10        Q.   Okay.  Here was, let me just give you,

11  show you what we will mark as Exhibit 4 which is a

12  record dated February 5th, 2014.  On the third

13  page--

14             MR. MORALES:  I understand you want to get

15        every minute you can, Mr. Foreman, but at the

16        same time I mean, we're going to have to come

17        back.  I mean, she's got to go --

18             MR. FOREMAN:  I'm going to keep asking

19        questions.  Okay?

20             MR. MORALES:  I understand.  Go ahead.

21             THE WITNESS:  Okay and I have to use the

22        restroom.

23             MR. FOREMAN:  Okay, we'll take a break.

24             THE WITNESS:  I have to go.

25             MR. FOREMAN:  We'll take a --
```

```
 1              THE WITNESS:  I know but I have on my
 2         calendar 1:00 to 2:30 and I came so at 1:05, so
 3         it's 2:37 right now.
 4   BY MR. FOREMAN
 5         Q.   Okay and we've also had a discussion, a
 6   lengthy discussion about the subpoena --
 7         A.   I was still here though.  Anyway, go
 8   ahead, what do you want to say and then this is it.
 9         Q.   Okay.  There's a statement in the last
10   sentence under assessment, it says, "Patient will
11   need to be at least modified independent to be able
12   to return home to the Philippines".
13              Can you tell us what that means?
14              MR. MORALES:  Form.
15              THE WITNESS:  He has to be able to perform
16         activities possibly using assistive devices on
17         his own.
18   BY MR. FOREMAN
19         Q.   Is he at that stage where he's able to do
20   that?
21              MR. MORALES:  Form.
22   BY MR. FOREMAN
23         Q.   As we sit here today?
24         A.   According to the occupational therapist,
25   that's what they wrote, I did not write that.
```

1      Q.   From what you understand as we sit here

2   which is April 21, 2014, is Mr. Navarette able to do

3   those things on his own?

4            MR. MORALES:   Form.

5            THE WITNESS:   Do what things on his own?

6   BY MR. FOREMAN

7      Q.   What you've just described.   We can have

8   the court reporter read it back.

9      A.   You could read it back.

10           (Pending question read back.)

11   BY MR. FOREMAN

12      Q.   Okay.   So let me reask the question.

13           Is Mr. Navarette at a stage where he's

14   able to use assistive devices on his own?

15      A.   Can he use assistive devices?

16      Q.   Is he at the stage where he's modified

17   independent as we sit here today?

18      A.   I can't look at my note.   But modified

19   independent or minimal assistance depending on what

20   he's using.

21      Q.   I'm sorry, I didn't hear you.

22      A.   And what terrain.   I don't know if he's

23   modified independent or minimal assistance.

24      Q.   Explain what minimal assistance is.

25      A.   Requiring up to 25 percent assistance.

```
 1       Q.   Okay.  So which stage typically comes

 2  before which, minimal assistance or does that come

 3  in the re --

 4       A.   Modified independent is a six of an

 5  independent, so modified independent is a stage

 6  before being independent.

 7       Q.   And minimal is what?

 8       A.   Is before that.

 9            MR. MORALES:  Form.

10  BY MR. FOREMAN

11       Q.   Okay.  All right, that having been said,

12  I'm going to reserve my right to continue asking

13  questions to the extent it becomes necessary.  I

14  would make a request for the records.

15            I would ask, Doctor, if we could, we may

16  never -- it may never go anywhere, just can we at

17  least put an exhibit sticker on the documents that

18  you put on that --

19       A.   I didn't have documents.  I had one page.

20       Q.   Yes, okay, just that one page.

21       A.   And that has other patients' information a

22  lot of other people's phone numbers and everything

23  else on there.  And it's in my handwriting.

24       Q.   Okay.  Listen, I will say this on the

25  record, I do not want anything that's not germane to
```

1    Mr. Navarette.

2          Alternatively, what we could do is, if you

3    could just show us the portion that, of the note --

4          A.   But you didn't even let me refer to my

5    notes except for that one time to look at the 2100,

6    I didn't even read the rest of it.

7          Q.   That's a reference, okay?

8          A.   So you can take the 2100 part.

9          Q.   You did it, here's the thing, you did it

10   in preparation for your deposition and that's what

11   triggers this.  I'm not saying that there --

12         A.   It's my handwritten like scratches that I

13   just kind of put everything together, I didn't write

14   it to give to anybody, that's my issue.

15         Q.   Let's do this, let's put an exhibit

16   sticker on it, you can take it, I'm not going to

17   look at it at the moment and we'll decide later on,

18   at least I'm just going to ask you just don't

19   discard it.  Okay?  And then we'll, I guess we can

20   finish this another day.

21         A.   Yes, but it has to be on my schedule and

22   I'm not sure when I'm going to be able to do it so.

23              MR. MORALES:  For the record, the

24         plaintiff didn't schedule this deposition so if

25         it's happening to be faulty scheduling it's not

JEANNIE REPORTING (305) 577-170

84

```
1        our fault.
2             THE WITNESS:  I understand that.
3             MR. FOREMAN:  We went through the
4        University and your office.
5             THE WITNESS:  Right but they were supposed
6        to check with my schedule and I have -- they
7        said that the paralegal was told, what I
8        understand, the paralegal was told that I
9        wasn't available and it was still scheduled.
10            MR. FOREMAN:  Okay.  Did you put the
11       sticker on that?
12            THE WITNESS:  I mean, I don't know, do I
13       have to?  Should I call them and ask them
14       before I put a sticker on something?
15            MR. MORALES:  I cannot give you legal
16       advice.
17            THE WITNESS:  No, I don't know if I need
18       to call them because this is my...
19            MR. MORALES:  I understand, Doctor.
20            MR. FOREMAN:  Okay.  The reality is this
21       may go nowhere.  Okay?  There may be --
22            THE WITNESS:  That's fine because it may
23       have other scratches about other people right
24       in the middle of this stuff.
25            MR. FOREMAN:  And we don't want any of
```

```
 1        that.  Okay?  We do not want any of that.  All

 2        this is, is just to protect it.

 3              THE WITNESS:  Go ahead.

 4              MR. FOREMAN:  Okay.

 5              THE WITNESS:  I have to go, please.

 6              (Thereupon, Defendant's Exhibit Number 2

 7        was marked for identification.)

 8              MR. FOREMAN:  Okay, and once again, we are

 9        doing this to accommodate the Doctor but...

10              THE WITNESS:  We're not doing this to

11        accommodate me.  We did this to accommodate

12        you.

13              MR. FOREMAN:  I also want it on the record

14        that I paid a considerable amount of money.

15              THE WITNESS:  For an hour and a half of my

16        time they said, at the most.  It's on my

17        schedule, I can show you on my schedule.

18              MR. FOREMAN:  We paid $1,400 for your

19        deposition.

20              THE WITNESS:  It's not coming to me.

21              MR. FOREMAN:  Who does it go to?

22              THE WITNESS:  I don't know.  But it's not

23        to me.  But you can look on my schedule anyway.

24        It says deposition, Dr. Khurana, 1:00 to 2:30.

25              MR. MORALES:  It's okay, Doctor.
```

```
 1              THE WITNESS:  That's what my secretary
 2      put, Room 1078.  And it's way past that.
 3              MR. FOREMAN:  Okay, thank you.  Thank you.
 4          So we reserve right.
 5              Oh, and what about -- Doctor, you have a
 6      right to read the testimony or waive reading if
 7      you believe that the court reporter has taken
 8      down everything accurately.
 9              THE WITNESS:  I could read it but not now.
10              MR. MORALES:  Okay.  So you want to read
11      it?
12              THE WITNESS:  Sure.
13              MR. FOREMAN:  Okay.
14              MR. MORALES:  And obviously the plaintiff
15      reserves the right to cross examine the witness
16      since we have not had the opportunity today and
17      we absolutely need to.
18              MR. FOREMAN:  Right.
19              MR. MORALES:  We are adjourning?
20              MR. FOREMAN:  Yes, we are adjourning,
21      exactly.
22              MR. MORALES:  Okay, fair enough.
23              MR. FOREMAN:  Just so you know, we will
24      probably want this quickly.
25              MR. MORALES:  Okay.  I'll wait and let you
```

```
 1        know.

 2              (Thereupon, the reading of deposition was

 3        not waived and deposition adjourned at 2:46

 4        p.m.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              <u>CERTIFICATE OF OATH</u>

2

3    STATE OF FLORIDA        )

4    COUNTY OF MIAMI-DADE   )

5

6        I, the undersigned authority certify that DR.

7    SEEMA KHURANA appeared before me and was duly sworn.

8        WITNESS my hand and official seal this 24th day

9    of April, 2014.

10

11

     _____
12       VIOLET VARGA SMITH
         NOTARY PUBLIC IN AND FOR THE
13       STATE OF FLORIDA AT LARGE
         COMMISSION #: EE 211349
14       COMMISSION EXPIRES: July 11, 2016

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

STATE OF FLORIDA        )
3  COUNTY OF MIAMI-DADE   )

4

5       I HEREBY CERTIFY that the foregoing pages are a

6  true and correct transcription of the proceedings

7  had on April 21, 2014.

8       I further certify that I am not a relative,

9  employee, attorney, or counsel of any of the

10  parties, nor am I a relative or employee of any of

11  the parties, attorneys or counsel connected with the

12  action, nor am I financially interested in the

13  outcome of the action.

14       The foregoing certification of this transcript

15  DOES NOT apply to any reproduction of the same by

16  any means unless under the direct control and/or

17  supervision of the certifying reporter.

18       IN WITNESS WHEREOF, I have hereunto affixed my

19  hand this 24th day of April, 2014

20

21  _____

VIOLET VARGA SMITH
22  COURT REPORTER & NOTARY PUBLIC

23

24

25

**$**

**$1,400 [1]** 85/18

**1**

**1078 [2]** 1/14 86/2
**11 [1]** 88/14
**1120 [1]** 1/13
**12 [1]** 49/13
**12th [1]** 50/4
**14-cv-20596-HUCK/O'Sullivan [1]** 1/3
**14th [1]** 1/13
**17 [1]** 56/17
**1776 [1]** 2/3
**1:00 [5]** 54/16 54/18 54/21 80/2 85/24
**1:05 [2]** 54/17 80/2
**1:10 [1]** 1/15

**2**

**2/5/2014 [1]** 61/18
**20 [1]** 55/14
**2014 [10]** 1/15 49/13 50/4 61/18 61/18 79/12 81/2 88/9 89/7 89/19
**2016 [1]** 88/14
**21 [3]** 1/15 81/2 89/7
**2100 [7]** 31/7 32/3 34/5 34/8 34/9 83/5 83/8
**211349 [1]** 88/13
**2300 [1]** 2/8
**24th [2]** 88/8 89/19
**25 percent [1]** 81/25
**2:30 [8]** 54/3 54/7 54/16 54/18 54/21 56/16 80/2 85/24
**2:36 [1]** 78/15
**2:37 [1]** 80/3
**2:46 [1]** 87/3

**3**

**30 [1]** 45/4
**33131 [2]** 2/4 2/9
**33136 [1]** 1/14

**5**

**5th [2]** 61/18 79/12

**6**

**60 [2]** 2/25 45/4

**8**

**85 [1]** 2/24

**A**

**ability [1]** 33/16
**able [28]** 29/24 50/19 54/14 58/3 59/4 64/17 65/17 67/16 69/19 70/7 70/7 72/13 72/17 73/17 73/19 73/22 73/23 74/17 75/25 76/22 78/2 78/5 80/11 80/15 80/19 81/2 81/14 83/22
**about [23]** 19/14 22/19 22/20 22/21 23/15 24/20 25/9 32/18 32/22 34/23 36/9 36/17 46/10 55/20 56/3 57/2 64/25 66/5 72/23 78/19 80/6 84/23 86/5
**above [1]** 1/22
**above-styled [1]** 1/22
**absolutely [1]** 86/17
**access [2]** 5/4 7/3

**accommodate [1]** 50/1 85/9 85/11 85/13
**accompany [1]** 68/8
**accomplish [1]** 75/19
**accomplishes [2]** 74/16 75/5
**accomplishing [1]** 74/3
**according [6]** 27/20 27/21 30/2 62/10 72/11 80/24
**accurately [2]** 4/3 86/8
**achieve [1]** 75/19
**action [2]** 89/12 89/13
**active [1]** 30/3
**activities [5]** 68/9 73/18 73/19 73/25 80/16
**actual [1]** 5/6
**actually [3]** 29/10 58/10 76/11
**acute [6]** 22/21 23/4 23/22 23/23 57/1 57/8
**adjourned [1]** 87/3
**adjourning [2]** 86/19 86/20
**adjust [2]** 51/8 54/14
**adjusted [3]** 37/16 41/13 45/9
**adjustments [16]** 36/22 36/24 37/2 37/4 37/9 37/13 37/14 37/23 38/13 38/16 38/18 38/24 38/25 40/2 41/10 67/21
**advice [6]** 7/25 8/4 9/8 9/10 9/11 84/16
**affixed [1]** 89/18
**after [8]** 3/3 10/15 38/13 39/1 45/4 45/4 64/15 64/17
**afterwards [1]** 77/18
**again [29]** 6/23 10/21 15/16 18/24 21/10 23/3 23/13 23/18 30/21 35/24 37/7 41/8 42/8 45/19 46/9 51/10 51/10 56/19 57/7 57/12 58/17 59/8 65/5 66/21 67/23 72/24 77/16 77/24 85/8
**ago [7]** 33/18 42/9 53/8 53/9 53/9 53/14 75/12
**agree [2]** 68/12 68/25
**agreed [4]** 33/19 64/3 64/7 64/10
**ahead [5]** 15/20 38/9 79/20 80/8 85/3
**alerting [1]** 12/9
**all [37]** 6/7 6/9 9/22 10/10 11/3 11/5 11/6 12/8 13/15 14/20 16/12 17/10 19/19 29/8 29/17 31/4 31/20 32/16 36/1 36/21 40/15 42/9 61/9 61/13 62/5 62/23 64/20 65/19 68/14 68/17 73/8 75/24 76/21 77/7 77/8 82/11 85/1
**allow [2]** 4/1 10/11
**allowed [2]** 35/12 47/25
**almost [1]** 73/3
**alone [1]** 68/3
**along [8]** 9/4 10/5 11/5 11/7 16/12 31/5 56/13 56/13
**already [1]** 64/25
**also [12]** 4/3 13/25 20/18 23/3 27/23 28/20 30/14 53/19 55/13 62/10 80/5 85/13
**Alternatively [1]** 83/2
**always [2]** 51/5 66/9
**am [44]** 44/22 89/8 89/10 89/12
**amount [2]** 54/9 85/14

**amputation [1]** 47/23

**and/or [1]** 89/16
**another [7]** 26/25 27/15 47/4 47/20 67/13 73/21 83/20
**answer [15]** 12/13 17/25 18/17 21/12 26/20 27/1 27/5 27/7 45/23 49/1 49/10 49/10 49/21 52/18 57/10 57/11
**answered [8]** 17/11 27/19 37/18 39/9 48/24 55/7 65/12 66/21
**answering [3]** 39/19 39/21 43/24
**anticipated [1]** 63/11
**anticoagulation [2]** 55/20 55/22
**any [44]** 4/6 4/14 5/6 5/8 6/15 7/14 9/10 9/10 9/11 10/7 10/8 13/6 13/20 14/2 14/6 15/17 16/1 16/20 19/9 24/5 31/8 33/6 37/1 41/9 42/10 42/11 45/17 45/17 46/21 50/3 52/8 52/9 56/3 58/15 59/7 66/3 67/19 74/6 84/25 85/1 89/9 89/10 89/15 89/16
**anybody [2]** 7/17 83/14
**anything [19]** 7/10 7/11 7/12 7/14 7/18 9/21 15/18 24/13 24/22 25/8 32/18 33/5 56/11 58/1 58/13 58/19 59/1 59/3 82/25
**anyway [2]** 80/7 85/23
**anywhere [1]** 82/16
**apparently [1]** 5/18
**APPEARANCES [1]** 2/2
**appeared [1]** 88/7
**appears [1]** 14/23
**apply [1]** 89/15
**appreciate [1]** 4/8
**approximately [2]** 53/14 55/4
**April [5]** 1/15 81/2 88/9 89/7 89/19
**April 21 [1]** 81/2
**are [86]** 3/11 6/19 6/23 6/25 7/9 7/13 7/19 7/22 7/24 9/3 9/18 9/21 9/23 10/1 10/10 10/12 11/1 11/3 11/11 11/20 11/23 12/17 13/11 13/17 13/20 13/21 14/2 14/3 14/3 14/16 14/16 16/11 16/11 16/20 17/12 17/12 19/13 26/3 26/14 27/22 28/3 31/20 32/23 33/5 34/17 36/21 37/23 38/13 38/21 39/1 39/6 39/21 42/25 43/8 44/9 44/15 45/5 45/15 46/9 47/4 47/25 52/20 54/15 54/24 55/14 57/23 59/3 59/20 59/23 69/17 70/22 71/1 71/7 72/3 73/3 73/11 73/24 74/11 74/14 75/18 77/25 78/15 85/8 86/19 86/20 89/5
**area [4]** 46/18 48/20 49/2 52/8
**around [2]** 20/2 70/5
**arrived [1]** 29/2
**as [64]** 3/4 4/18 4/24 6/7 7/15 8/11 9/3 9/5 13/19 14/11 14/11 17/24 17/24 17/25 18/1 18/24 18/24 19/2 19/2 19/5 19/5 19/8 19/8

**A**

**as... [41]**  19/11 19/11 25/9
26/4 27/15 29/2 29/23 29/23
30/9 31/8 31/9 34/17 40/22
43/22 45/7 46/19 54/2 59/22
59/23 59/24 60/3 60/8 60/21
61/4 61/5 61/15 64/20 65/10
66/24 68/13 69/20 71/1 74/6
77/15 77/25 78/11 78/17
79/11 80/23 81/1 81/17
**aside [1]**  11/7
**ask [19]**  4/1 4/7 4/15 8/6
11/8 12/14 17/6 18/18 21/4
31/5 35/17 61/16 70/23 75/24
76/8 78/18 82/15 83/18 84/13
**asked [10]**  20/6 23/12 27/19
37/18 43/20 48/24 49/5 54/18
55/7 65/12
**asking [15]**  17/6 19/13 19/19
37/23 43/21 47/7 49/10 49/18
49/25 57/4 69/14 69/16 71/5
79/18 82/12
**assessment [3]**  2/25 62/6
80/10
**assist [1]**  68/8
**assistance [5]**  81/19 81/23
81/24 81/25 82/2
**assistant [1]**  11/17
**assistive [4]**  68/10 80/16
81/14 81/15
**assumed [1]**  4/12
**assuming [1]**  12/15
**assure [1]**  9/1
**at [72]**  1/21 3/24 4/14 6/13
6/22 7/21 7/23 8/6 11/18
14/9 15/17 24/17 24/18 25/4
25/5 25/9 28/23 30/25 31/17
33/18 36/7 48/10 51/10 52/3
53/20 54/3 54/17 55/1 56/4
56/16 58/7 59/5 59/12 59/18
60/5 60/6 60/16 61/16 63/21
65/1 66/8 66/12 67/2 67/2
67/7 69/1 72/22 72/25 73/6
73/7 73/8 73/10 76/6 77/6
78/1 78/8 79/4 79/15 80/2
80/11 80/19 81/13 81/16
81/18 82/16 83/5 83/17 83/17
83/18 85/16 87/3 88/13
**attached [4]**  2/21 5/1 32/12
33/2
**attending [4]**  12/19 12/21
52/25 69/17
**attorney [2]**  8/2 89/9
**attorneys [1]**  89/11
**authority [1]**  88/6
**available [21]**  22/24 23/16
24/6 24/14 25/18 26/6 26/14
28/21 30/1 30/2 30/7 30/17
41/16 42/12 64/22 65/9 68/23
69/25 70/2 77/8 84/9
**awaiting [1]**  65/24
**aware [8]**  13/20 14/3 14/7
16/20 28/3 52/20 59/3 59/7
**away [1]**  21/8
**awhile [1]**  75/12

**B**

**back [11]**  11/8 36/6 53/12
56/8 58/3 67/14 77/4 79/17
81/8 81/9 81/10
**based [4]**  25/14 33/16 33/17

**basis [6]**  11/14 13/17 14/19
27/24 32/17 39/22
**be [111]**
**because [35]**  5/15 6/19 7/2
7/19 8/6 8/18 9/6 9/13 20/10
23/7 23/8 23/20 28/7 29/12
29/20 30/14 36/2 36/3 43/21
51/10 52/8 54/4 54/22 54/23
56/8 56/16 61/10 73/3 73/19
77/9 78/15 78/20 78/22 84/18
84/22
**becomes [2]**  10/16 82/13
**been [29]**  3/3 3/16 5/16 5/18
5/21 8/23 18/20 22/24 25/4
25/25 27/9 28/12 28/24 31/9
34/16 34/18 40/6 43/12 46/21
46/22 51/20 52/9 52/10 61/15
65/18 67/7 67/10 77/6 82/11
**before [19]**  1/19 3/18 4/24
8/23 13/9 29/17 30/12 44/4
63/1 73/8 73/9 75/20 76/5
78/17 82/2 82/6 82/8 84/14
88/7
**beginning [4]**  25/6 55/10 63/6
65/1
**behalf [4]**  2/3 23/5 23/6
24/4
**being [16]**  14/25 15/5 15/8
15/22 25/9 25/17 58/3 59/4
59/12 68/14 68/18 73/17
73/22 74/10 75/25 82/6
**believe [4]**  12/10 18/3 18/4
86/7
**benefits [1]**  77/24
**best [4]**  23/9 30/13 33/17
42/20
**better [18]**  8/9 9/17 16/2
20/23 21/4 29/6 39/9 39/19
39/21 40/24 41/1 45/20 54/13
65/10 68/13 69/1 69/11 71/7
**between [2]**  23/2 76/9
**big [2]**  68/2 68/4
**billing [1]**  18/11
**Biscayne [4]**  2/3 2/4 2/8 2/9
**blank [1]**  31/2
**Blvd [2]**  2/4 2/9
**both [2]**  15/4 42/22
**break [3]**  4/14 15/17 79/23
**bring [4]**  5/1 47/20 48/17
53/24
**brought [4]**  3/17 5/21 6/1
33/24
**Building [1]**  1/13
**but [58]**  5/6 5/21 5/22 5/25
6/22 7/13 7/21 10/6 16/7
16/14 23/14 25/4 31/14 34/19
35/17 39/12 39/20 39/23 42/2
42/5 43/21 43/25 46/7 49/4
49/25 50/18 51/14 51/17
51/20 52/3 54/11 54/13 55/15
56/21 58/18 58/19 58/20 59/1
60/5 60/7 60/9 64/13 69/23
70/5 70/7 72/24 76/15 78/11
79/15 80/1 81/18 83/4 83/21
84/5 85/9 85/22 85/23 86/9

**C**

**C-Leg [3]**  31/7 31/13 31/25
**calendar [2]**  54/20 80/2
**call [13]**  5/22 8/4 8/5 9/15

53/19 54/22 84/13 84/18
**called [3]**  9/7 32/1 32/8
**came [3]**  5/12 30/13 80/2
**can [75]**  3/7 3/23 4/2 5/25
6/15 8/4 8/4 8/5 8/14 9/25
10/4 10/5 10/13 10/14 10/14
10/22 12/12 12/13 12/14
12/22 18/18 21/11 28/22 29/5
29/17 31/22 32/10 32/11
34/21 35/9 35/10 35/15 35/19
35/20 36/5 37/11 38/1 41/12
43/4 44/4 45/17 45/25 46/1
46/2 46/6 46/7 47/16 47/19
48/17 49/21 51/7 51/25 52/3
52/12 53/19 57/1 60/7 60/18
61/5 61/5 61/7 67/24 70/23
73/6 73/16 79/15 80/13 81/7
81/15 82/16 83/8 83/16 83/19
85/17 85/23
**can't [26]**  6/9 7/25 8/17 9/7
9/13 22/8 25/2 25/3 26/17
26/22 26/25 27/6 27/7 27/14
28/15 31/16 32/2 35/17 49/8
52/17 53/24 54/5 55/14 63/4
67/25 81/18
**canceled [1]**  9/11
**cannot [5]**  38/20 52/17 70/5
78/22 84/15
**capacity [1]**  12/17
**care [54]**  11/20 11/23 12/18
12/23 13/12 14/3 14/13 14/15
14/19 22/5 22/17 22/21 22/24
23/4 23/16 23/23 24/6 24/14
24/24 25/10 25/17 25/24 26/5
28/2 28/4 28/5 54/12 54/23
57/2 57/8 64/22 65/9 65/10
65/13 65/16 66/12 67/4 68/21
68/22 68/23 69/25 70/2 70/5
70/6 74/20 76/15 76/18 76/18
77/20 77/22 77/22 77/23 78/8
78/13
**caregiver [1]**  64/9
**Carolina [2]**  17/14 35/24
**carry [2]**  73/22 73/23
**case [2]**  1/3 43/9
**cases [1]**  46/21
**cause [1]**  1/22
**causing [2]**  11/1 50/16
**certain [2]**  5/2 71/25
**certainly [1]**  9/2
**CERTIFICATE [1]**  88/1
**certification [1]**  89/14
**certify [3]**  88/6 89/5 89/8
**certifying [1]**  89/17
**changed [4]**  29/5 29/19 31/15
45/9
**chart [1]**  35/9
**check [2]**  52/22 84/6
**children [3]**  19/3 20/15 73/23
**choice [1]**  60/14
**circumstances [1]**  40/1
**clarify [1]**  13/15
**clear [2]**  5/3 10/19
**Clinical [1]**  1/13
**close [2]**  71/10 73/5
**closest [3]**  21/15 21/20 21/22
**CO [1]**  1/8
**colleagues [1]**  13/25
**combination [1]**  34/15
**come [15]**  8/20 11/8 16/23

**C**

**come... [12]** 36/5 44/15 46/2 56/8 58/15 68/19 70/21 70/22 70/25 76/17 79/16 82/2
**comes [1]** 82/1
**coming [2]** 51/10 85/20
**COMMISSION [2]** 88/13 88/14
**company [10]** 22/16 32/1 32/4 32/8 45/16 46/2 46/6 46/7 72/12 72/13
**complaining [1]** 14/21
**complete [1]** 66/1
**component [1]** 46/11
**comprehensive [1]** 11/18
**computer [8]** 5/5 7/2 34/24 35/9 35/12 35/20 36/3 53/25
**condition [2]** 22/21 58/2
**confirm [1]** 5/15
**confused [1]** 47/22
**connected [1]** 89/11
**consider [3]** 4/10 75/6 75/13
**considerable [2]** 54/9 85/14
**consideration [1]** 42/11
**considered [2]** 47/12 76/5
**constraint [1]** 54/15
**consulted [3]** 53/3 53/4 53/5
**consulting [1]** 53/1
**contact [1]** 22/23
**contest [1]** 4/15
**continue [5]** 17/4 70/9 77/12 78/12 82/12
**continues [1]** 75/2
**control [1]** 89/16
**copy [8]** 2/23 4/19 6/23 7/9 7/13 35/3 35/5 60/22
**correct [13]** 5/7 5/8 19/22 27/18 34/12 48/3 48/10 54/3 63/19 64/14 71/23 74/13 89/6
**could [24]** 9/14 9/15 9/16 24/24 27/16 30/10 30/13 37/4 37/9 40/9 41/12 42/16 52/3 53/16 57/7 57/19 73/2 78/11 79/4 81/9 82/15 83/2 83/3 86/9
**couldn't [2]** 25/13 67/20
**counsel [3]** 61/8 89/9 89/11
**country [7]** 17/22 18/3 21/7 47/4 47/17 47/20 47/21
**COUNTY [2]** 88/4 89/3
**course [1]** 9/5
**court [17]** 1/1 1/19 3/8 3/22 3/23 4/2 8/15 8/15 10/11 10/12 12/12 27/5 61/8 63/4 81/8 86/7 89/22
**cover [1]** 77/25
**covered [1]** 36/9
**create [1]** 10/8
**cross [3]** 2/14 79/2 86/15
**CRUISES [1]** 1/8
**crutch [1]** 73/18
**crutches [1]** 73/18
**curbs [1]** 73/20
**current [6]** 14/17 65/19 65/22 66/11 66/15 66/24
**currently [22]** 11/11 12/25 13/12 13/13 14/7 14/12 16/11 17/12 23/8 33/13 33/21 36/8 40/6 40/17 42/13 50/8 51/16 52/24 53/4 65/11 65/25 72/16
**custodian [2]** 10/14 61/5

cutting [1] 59/21
cv [1] 1/1

**D**

**DADE [2]** 88/4 89/3
**daily [8]** 13/14 13/17 14/19 27/24 32/17 39/22 66/6 68/9
**date [8]** 51/22 51/24 53/7 53/13 53/17 59/11 66/15 66/16
**dated [2]** 61/17 79/12
**DAVID [1]** 2/6
**day [8]** 5/13 16/13 16/13 35/2 54/13 83/20 88/8 89/19
**day-to-day [1]** 16/13
**days [2]** 45/4 45/5
**deal [6]** 10/4 10/15 56/9 60/18 60/19 61/6
**decide [1]** 83/17
**decided [4]** 29/15 47/13 76/24 77/5
**deciding [1]** 33/6
**decreased [1]** 49/13
**Defendant [1]** 2/22
**Defendant's [3]** 4/21 60/23 85/6
**defendants [2]** 1/9 3/16
**defer [1]** 9/5
**definition [1]** 52/4
**dehiscence [7]** 49/12 50/4 51/14 51/17 52/1 52/5 56/3
**department [3]** 5/11 5/16 18/10
**depending [5]** 40/1 59/20 67/15 72/7 81/19
**depends [11]** 21/12 41/8 45/1 45/13 45/24 67/2 68/10 71/8 77/3 77/16 77/24
**deposition [22]** 1/17 1/22 2/23 3/18 4/13 4/20 4/25 5/2 6/22 7/7 9/6 10/16 13/3 13/9 60/8 73/14 83/10 83/24 85/19 85/24 87/2 87/3
**describe [1]** 51/25
**described [1]** 81/7
**describes [1]** 45/3
**Description [1]** 2/22
**details [1]** 16/3
**determination [2]** 8/16 29/23
**determine [9]** 24/5 24/13 25/13 28/24 30/10 30/16 30/19 37/3 40/8
**determined [7]** 37/8 37/10 38/20 40/5 41/4 42/6 43/12
**device [1]** 68/11
**devices [3]** 80/16 81/14 81/15
**did [41]** 5/15 13/3 13/6 16/14 20/1 20/3 22/12 22/14 22/22 23/14 23/22 30/1 30/8 30/9 30/12 30/16 30/19 30/19 33/5 36/7 36/8 36/12 37/3 37/7 38/11 40/12 40/14 40/16 42/9 55/1 55/18 57/11 60/5 60/9 65/1 65/5 80/25 83/9 83/9 84/10 85/11
**didn't [13]** 4/11 17/6 23/9 37/6 37/19 54/18 60/14 81/21 82/19 83/4 83/6 83/13 83/24
**difference [1]** 76/9
**different [13]** 21/13 29/5 31/6 32/16 42/25 44/16 44/16

**difficult [3]** 29/14 31/14 41/3
**direct [3]** 2/14 3/5 89/16
**directly [1]** 9/16
**director [1]** 11/17
**disagree [1]** 65/4
**discard [1]** 83/19
**discarded [1]** 61/10
**discharge [20]** 2/25 59/11 59/17 59/17 62/6 63/11 63/22 64/10 64/13 65/22 66/4 66/7 66/10 66/11 66/19 66/24 67/4 67/10 67/14 67/15
**discharged [5]** 71/22 72/6 74/11 74/12 76/5
**discharging [2]** 65/20 75/7
**discontinue [2]** 55/23 55/24
**discuss [8]** 20/3 20/4 22/24 33/5 36/12 37/19 67/8 67/8
**discussed [14]** 4/24 22/4 23/1 31/25 33/18 36/13 37/14 47/13 54/2 55/19 63/12 67/7 74/18 75/25
**discussion [7]** 31/23 36/9 56/3 66/3 66/5 80/5 80/6
**distance [1]** 21/21
**distance-wise [1]** 21/21
**DISTRICT [2]** 1/1 1/1
**DIVISION [1]** 1/2
**do [93]**
**doctor [34]** 3/11 3/13 3/14 7/21 10/21 11/12 13/18 15/16 16/21 22/5 22/9 22/14 22/23 23/7 23/10 23/15 23/22 23/23 27/1 35/18 43/20 57/2 57/4 57/8 61/5 69/16 71/5 77/2 78/24 82/15 84/19 85/9 85/25 86/5
**doctors [5]** 13/11 13/20 22/15 22/17 22/19
**doctors' [1]** 22/11
**document [5]** 2/24 61/17 62/10 63/8 63/10
**documented [1]** 55/13
**documents [5]** 5/2 6/2 9/4 82/17 82/19
**does [14]** 18/13 18/19 19/6 21/21 45/11 59/11 62/14 68/7 73/22 77/14 77/20 82/2 85/21 89/15
**doesn't [2]** 52/22 53/22
**doing [9]** 8/9 11/3 11/4 38/21 51/4 73/18 74/8 85/9 85/10
**don't [123]**
**done [8]** 4/17 24/5 24/9 46/8 69/20 69/22 73/3 78/15
**down [14]** 3/22 3/24 4/2 6/20 7/1 7/16 9/18 9/23 27/6 33/22 33/23 33/24 63/4 86/8
**DR [21]** 1/17 2/15 3/2 3/9 8/25 23/23 24/1 49/15 49/20 49/22 52/14 52/20 52/24 53/2 53/4 53/6 58/17 58/20 59/8 85/24 88/6
**duces [3]** 2/23 4/20 4/25
**duly [2]** 3/3 88/7

**E**

**each [2]** 8/13 72/7

**E**

easier [2]  37/11 42/5
EE [1]  88/13
either [1]  17/17
electronic [1]  5/5
electronically [1]  61/17
else [6]  7/18 9/22 13/14
39/19 76/17 82/23
elsewhere [1]  42/5
email [1]  5/13
emailed [1]  5/10
EMANUEL [2]  1/5 11/21
emotionally [1]  69/19
employed [1]  11/11
employee [2]  89/9 89/10
end [1]  55/10
endurance [1]  4/15
enough [1]  86/22
enter [1]  17/9
entered [1]  16/21
entirely [1]  73/13
entirety [1]  34/16
entitled [6]  6/23 7/9 7/13
7/22 7/24 73/14
equal [2]  68/15 68/18
ERIC [1]  2/5
ESQ [3]  2/5 2/6 2/10
established [1]  13/8
Europe [1]  47/24
evaluate [1]  16/25
even [11]  3/25 8/23 10/16
53/22 53/24 69/21 70/8 70/18
72/11 83/4 83/6
eventually [2]  64/12 66/10
ever [7]  3/18 13/6 22/4
22/22 23/14 28/3 35/7
every [9]  21/13 41/8 52/23
66/5 66/9 67/8 70/6 77/3
79/15
everybody [2]  14/1 33/15
everyday [1]  44/10
everything [8]  3/22 4/3 9/22
28/21 35/19 82/22 83/13 86/8
exact [6]  50/13 51/22 51/24
70/2 70/5 72/24
exactly [1]  86/21
EXAMINATION [1]  3/5
examine [1]  79/2 86/15
examined [1]  3/3
except [1]  83/5
exhibit [16]  2/21 4/18 4/21
6/8 8/11 59/22 59/23 59/24
60/8 60/21 60/23 61/16 79/11
82/17 83/15 85/6
experienced [1]  27/24
expertise [3]  48/21 49/3 69/4
EXPIRES [1]  88/14
explain [2]  12/22 81/24
explanation [1]  63/5
export [2]  46/12 47/2
exported [1]  46/22
extent [1]  82/13

**F**

facilities [3]  27/10 30/16
65/6
facility [1]  65/18
fact [1]  12/9
factors [1]  42/2
fair [3]  20/22 65/8 86/22
falling [1]  68/3

family [24]  8/13 18/20 18/21
18/23 21/7 21/8 30/22 30/23
63/8 63/23 64/12 64/18 68/13
68/14 68/18 69/1 69/2 69/21
70/5 70/8 70/9 71/1 71/7
71/10
far [12]  14/11 17/24 17/25
18/24 19/2 19/5 19/8 19/11
22/2 23/10 29/23 31/9
fault [2]  63/5 84/1
faulty [1]  83/25
February [5]  49/13 50/4 53/12
61/18 79/12
February 12 [1]  49/13
February 12th [1]  50/4
feel [2]  8/14 9/2
feeling [1]  8/21
felt [1]  23/8
female [1]  75/11
figure [1]  33/16
file [1]  5/5
filed [1]  1/22
financially [1]  89/12
find [8]  9/25 18/2 23/2
29/18 34/21 35/9 35/20 35/25
fine [5]  11/10 19/18 44/2
56/21 84/22
finish [4]  4/1 78/21 78/23
83/20
first [6]  3/3 3/20 5/9 5/9
29/2 73/8
fit [7]  43/4 56/24 57/5
57/17 57/24 58/23 58/24
fits [1]  77/11
fitting [1]  14/17 67/20
Flex [2]  31/7 32/7
floor [5]  12/24 13/1 15/14
16/23 17/9
FLORIDA [11]  1/1 1/14 1/21
2/4 2/9 19/7 19/10 20/8 88/3
88/13 89/2
follow [1]  16/15
following [1]  18/9
follows [1]  3/4
foot [1]  41/11
foregoing [2]  89/5 89/14
foreign [1]  21/7
FOREMAN [8]  2/8 2/10 2/16
3/15 9/5 12/9 60/25 79/15
Foreman's [1]  9/1
foresaw [1]  41/15
foresee [1]  41/6
forget [1]  7/19
form [91]
frequent [1]  38/18
frequently [1]  45/11
FRIEDMAN [1]  2/8
friends [5]  70/20 70/22 70/25
71/1 71/7
front [4]  5/6 6/5 28/14
34/20
function [2]  72/14 72/17
functional [3]  36/16 36/18
72/14
functionally [1]  64/18
further [1]  89/8
future [4]  37/17 37/24 38/25
67/20

**G**

Gabapentin [2]  15/9 15/10

germane [1]  77/25

get [14]  4/2 4/16 5/19 10/9
35/3 35/15 36/2 49/10 56/6
56/9 58/11 65/25 77/10 79/14
getting [6]  8/18 10/22 58/14
58/25 58/25 73/5
give [15]  3/21 7/25 8/4 8/8
8/12 8/13 9/8 9/9 9/10 19/15
47/3 48/1 79/10 83/14 84/15
given [5]  3/18 13/8 15/5
15/8 48/16
giving [2]  9/24 63/5
go [25]  7/12 8/21 15/20
23/10 29/16 31/22 38/9 42/4
47/24 54/22 64/12 64/18 66/2
67/1 73/4 77/4 79/17 79/20
79/24 80/7 82/16 84/21 85/3
85/5 85/21
goal [2]  77/9 77/10
goals [18]  71/21 71/25 72/2
72/5 72/8 72/8 72/9 72/11
74/3 74/11 74/17 75/3 75/6
75/9 75/17 75/20 75/25 77/13
going [44]  3/25 8/12 8/13
8/17 8/21 10/1 10/12 10/13
12/6 19/16 21/5 31/2 31/14
31/19 35/21 41/3 42/5 43/9
49/1 49/9 55/14 56/8 56/8
56/9 56/14 57/10 57/13 59/20
61/6 65/25 66/2 68/19 71/18
72/13 77/4 77/17 77/17 77/19
79/16 79/18 82/12 83/16
83/18 83/22
gone [1]  21/6
good [2]  30/4 70/18
got [2]  54/17 79/17
gotten [1]  56/11
grass [1]  73/21
group [1]  40/8
guarantee [2]  42/12 54/5
guarantees [4]  32/19 32/23
33/1 36/9
guess [14]  6/11 9/25 10/18
23/1 46/4 47/6 49/8 54/21
58/9 70/13 75/10 75/23 76/24
83/19
guys [4]  8/8 8/20 11/1 77/5

**H**

had [26]  4/24 5/16 5/17 6/1
7/2 8/8 8/20 22/11 31/25
33/19 50/3 51/7 53/21 60/16
72/5 72/23 75/9 75/11 75/14
76/21 76/22 78/17 80/5 82/19
86/16 89/7
half [1]  85/15
hand [2]  88/8 89/19
handwriting [1]  82/23
handwritten [3]  34/25 35/1
83/12
happen [1]  19/16
happening [1]  83/25
happens [2]  10/15 33/1
hard [1]  35/5
harm [1]  58/15
has [40]  4/5 9/10 18/23
18/25 19/3 19/9 20/7 20/15
20/22 21/6 21/16 21/25 27/22
28/1 28/12 28/24 29/7 40/6
46/22 47/23 49/12 50/3 50/5
50/17 50/18 51/13 51/20 52/9

## H

**has... [12]**  52/10 61/25 67/7
  67/10 69/20 69/22 70/18
  70/20 80/15 82/21 83/21 86/7
**hasn't [1]**  43/12
**have [115]**
**haven't [1]**  56/11
**having [6]**  3/3 14/18 14/21
  50/19 51/17 82/11
**he [111]**
**he'll [1]**  71/16
**he's [36]**  8/9 9/6 14/13
  14/13 14/18 15/5 24/16 25/4
  27/23 28/2 28/5 30/3 30/25
  43/9 51/17 51/17 53/1 65/13
  66/1 67/2 67/16 67/17 68/11
  70/11 70/20 74/8 74/17 75/20
  77/4 77/17 77/17 80/19 81/13
  81/16 81/20 81/22
**head [3]**  17/19 27/3 27/6
**hear [1]**  81/21
**helping [1]**  16/6
**her [4]**  19/13 61/3 61/8 69/4
**here [43]**  3/22 4/3 4/15 5/11
  5/21 5/21 9/7 9/12 22/17
  22/19 23/4 23/8 24/16 25/5
  25/17 26/4 26/5 26/9 26/10
  27/17 27/24 28/5 29/2 29/19
  31/19 38/4 54/7 54/17 62/18
  64/20 65/11 65/14 68/19
  69/21 70/18 70/19 73/8 77/15
  79/10 80/7 80/23 81/1 81/17
**here's [2]**  10/2 83/9
**HEREBY [1]**  89/5
**hereunto [1]**  89/18
**highlighted [1]**  64/1
**him [43]**  12/20 13/14 14/17
  16/11 16/12 16/13 19/24 20/2
  20/3 20/11 21/7 22/17 23/8
  23/9 24/19 26/6 28/8 33/17
  40/24 41/1 52/23 52/23 55/1
  55/18 58/3 58/14 58/15 58/21
  67/15 68/8 68/8 69/1 69/25
  70/14 70/21 70/22 70/23
  70/25 71/18 75/7 75/7 75/13
  77/25
**himself [2]**  18/8 69/20
**HIPAA [1]**  6/12
**his [70]**  9/6 12/11 12/23
  14/16 14/17 16/6 18/3 18/21
  20/19 21/7 21/8 22/21 30/4
  30/22 30/23 31/2 33/16 35/5
  35/5 47/17 51/18 51/20 55/20
  55/21 57/1 57/7 61/25 62/4
  63/22 64/12 64/18 64/23
  65/24 66/18 67/16 67/17
  68/13 68/14 68/18 69/1 69/2
  69/16 69/20 69/21 70/4 70/8
  70/9 70/9 70/10 70/19 71/10
  71/13 71/17 72/14 75/2 75/14
  75/15 75/17 77/9 77/10 77/12
  77/12 77/16 77/24 78/2 78/8
  80/17 81/3 81/5 81/14
**home [9]**  17/22 18/3 59/21
  64/12 64/18 66/2 68/13 69/1
  80/12
**honestly [1]**  25/2
**hopefully [1]**  5/20
**hospital [16]**  11/19 24/18
  25/9 30/25 59/13 59/18 66/8
  76/13 76/13 76/17 77/20
**hospitals [1]**  77/7
**hotel [7]**  67/11 68/14 69/2
  70/11 70/17 71/14 71/17
**hour [1]**  85/15
**hours [2]**  22/3 54/19
**how [24]**  11/23 14/25 20/8
  20/10 22/2 25/3 25/21 29/22
  32/13 35/3 35/25 38/18 38/21
  44/24 45/11 51/1 51/20 53/14
  68/2 68/4 68/17 70/10 70/16
  71/13
**HUCK [2]**  1/3 69/8
**huh [4]**  33/25 61/20 62/20
  63/4
**hypothetically [1]**  77/20

## I

**I'd [2]**  36/1 38/4
**I'll [2]**  10/19 86/25
**I'm [78]**  3/13 3/25 4/15 4/17
  7/5 7/19 7/19 8/1 8/17 8/21
  8/25 9/24 10/2 10/24 11/17
  12/5 12/6 12/9 12/15 12/19
  13/13 14/7 14/10 16/6 16/12
  17/6 18/2 18/18 20/2 21/11
  21/11 23/18 23/22 26/8 31/2
  32/13 33/8 35/6 35/12 37/23
  38/2 43/15 43/21 43/22 43/24
  45/6 47/5 47/22 47/24 49/5
  49/10 49/18 49/25 56/12 57/4
  58/9 59/7 60/7 63/25 66/14
  67/23 69/14 69/16 71/5 71/17
  73/14 75/16 75/18 75/22 77/9
  79/18 81/21 82/12 83/11
  83/16 83/18 83/22 83/22
**I've [8]**  8/23 20/19 22/6
  25/25 26/1 31/6 60/10 65/18
**idea [2]**  8/9 72/23
**identification [3]**  4/22 60/24
  85/7
**if [72]**  4/7 4/8 4/10 4/13
  5/22 8/3 8/13 8/14 9/14
  13/24 15/16 17/13 18/25 19/3
  19/9 20/6 21/10 21/19 23/8
  23/18 25/24 26/13 29/17
  29/18 30/23 31/20 34/8 34/12
  34/24 35/6 35/9 35/20 35/25
  37/10 37/23 39/23 42/4 42/15
  43/22 44/2 45/5 45/7 45/9
  46/6 46/9 47/16 47/19 47/22
  47/22 49/18 54/21 55/15
  55/16 55/19 56/7 60/14 68/21
  68/22 68/23 69/23 70/2 70/11
  73/15 77/4 77/7 77/19 81/22
  82/15 83/2 83/24 84/17 86/6
**important [3]**  30/14 35/13
  46/11
**improper [1]**  61/11
**improve [1]**  74/15
**improves [2]**  74/16 74/17
**in [180]**
**in-between [1]**  23/2
**in-patient [19]**  12/19 12/21
  59/18 66/4 66/8 66/12 66/25
  67/4 74/24 75/2 75/6 75/17
  75/20 76/6 76/9 76/11 77/15
  77/21 78/10
**inadequate [1]**  25/10
**incorrect [1]**  12/10
**independent [1]**  80/2
**independently [4]**  74/19 76/2
  76/3 76/4
**indicated [1]**  24/23
**individual [2]**  39/2 48/16
**information [17]**  4/16 6/10
  6/17 22/6 22/7 22/10 22/12
  23/20 24/3 24/14 24/20 24/22
  34/3 35/13 35/15 36/11 82/21
**initial [4]**  2/25 39/1 40/22
  62/5
**initially [5]**  29/13 31/9
  31/11 31/13 38/13
**injury [2]**  28/8 52/8
**insurance [2]**  22/16 23/2
**intend [2]**  61/1 66/25
**intent [2]**  9/1 61/1
**interchanged [2]**  45/25 46/1
**interested [1]**  89/12
**International [2]**  18/9 18/10
**interpose [2]**  4/5 4/6
**interviewed [2]**  19/21 19/24
**into [2]**  9/3 48/17
**involved [7]**  11/20 11/23
  12/17 13/12 13/12 13/13 30/23
  46/21
**iPad [3]**  20/19 71/11 71/12
**is [224]**
**isn't [5]**  4/15 5/21 41/21
  42/3 53/22
**issue [1]**  83/14
**issues [1]**  50/3
**it [201]**
**it's [54]**  5/3 6/14 8/19 9/1
  9/2 10/18 10/19 12/2 12/11
  14/1 21/13 22/1 30/14 31/19
  33/25 34/7 34/7 34/9 34/25
  35/6 35/21 36/4 39/2 39/21
  43/22 44/12 45/8 45/9 46/7
  46/8 47/20 50/22 51/10 53/23
  54/1 54/11 55/16 56/6 60/22
  61/9 62/2 63/3 65/8 78/15
  80/3 82/23 83/12 83/25 83/25
  85/16 85/20 85/22 85/25 86/2
**items [2]**  73/24 74/9

## J

**Jackson [2]**  11/18 30/25
**JEFFREY [2]**  2/10 3/15
**job [2]**  11/3 11/4
**Josh [1]**  13/24
**jot [1]**  9/18
**jotted [1]**  6/20
**joy [1]**  56/18
**judge [5]**  26/17 26/22 60/19
  60/20 69/8
**July [1]**  88/14
**just [47]**  4/15 5/3 5/10 5/12
  6/3 6/3 6/14 6/20 6/25 7/18
  8/8 8/20 10/2 10/9 10/20
  11/4 13/15 15/18 19/12 37/19
  39/12 39/14 41/5 43/11 45/16
  45/22 49/2 56/12 58/10 60/25
  61/2 61/9 63/3 66/21 72/25
  74/18 77/9 79/10 81/7 82/16
  82/20 83/3 83/13 83/18 83/18
  85/2 86/23

## K

**K-H-R-A-N-A [1]**  3/10

**K**

keep [3]   10/13 23/8 79/18
KHURANA [7]   1/17 2/15 3/2
3/10 8/25 85/24 88/7
kind [4]   26/1 41/9 68/6
83/13
kindly [1]   69/9
knee [7]   31/7 32/3 34/5 34/6
34/7 34/8 41/11
know [132]
knows [1]   35/25

**L**

land [1]   58/11
landing [1]   58/14
Large [2]   1/21 88/13
last [8]   3/9 17/17 17/18
52/14 52/20 53/2 53/5 80/9
later [6]   10/4 10/7 12/11
56/22 79/5 83/17
lawsuit [1]   3/16
lawyer [2]   46/19 49/6
lawyers [1]   13/4
learn [1]   51/7
least [6]   6/13 8/6 55/1
80/11 82/17 83/18
leave [1]   56/16
leg [9]   29/5 31/7 31/13
31/25 47/17 47/19 47/23
47/25 51/18
legal [7]   5/11 5/16 6/24
46/12 47/10 47/16 84/15
legally [1]   49/5
lengthy [1]   80/6
less [1]   29/16
let [23]   3/21 4/14 4/18 8/15
11/8 13/15 15/18 20/5 21/4
31/5 31/18 36/21 48/1 56/13
60/2 60/9 61/15 75/24 76/8
79/10 81/12 83/4 86/25
let's [19]   8/11 8/11 10/2
10/15 11/6 11/6 19/15 24/20
29/17 36/5 36/17 44/15 53/18
53/18 59/22 60/21 73/2 83/15
83/15
letter [3]   23/5 24/2 24/4
letting [1]   56/6
lifestyle [1]   30/4
like [18]   6/7 11/4 12/8
18/11 18/12 21/21 21/22 29/3
29/3 36/1 38/4 55/14 55/15
58/10 73/20 75/22 77/7 83/12
limb [16]   42/24 43/1 43/2
43/7 43/13 43/16 43/18 44/3
44/6 44/19 44/24 45/3 45/11
45/14 45/17 46/2
limit [1]   57/14
Lineen [13]   23/24 24/1 49/16
49/23 52/14 52/20 52/24 53/2
53/4 53/6 58/18 58/20 59/9
liner [5]   41/12 42/23 42/23
42/25 43/4
Listen [2]   60/18 82/24
little [2]   10/22 29/16
live [1]   76/15
lives [4]   20/3 20/4 62/11
62/18
living [2]   63/7 68/9
loading [2]   35/21 36/4
long [3]   51/20 53/14 61/5
longer [4]   74/20 74/20 74/24

look [25]   27/14 28/23 31/17
34/2 35/8 35/10 51/10 52/3
52/3 53/16 53/18 53/20 55/15
60/5 60/6 60/16 61/16 72/25
73/6 73/8 73/10 81/18 83/5
83/17 85/23
looked [5]   24/17 24/18 25/9
73/7 77/6
looking [2]   7/23 72/21
lot [1]   82/22
loud [1]   27/5
LTD [2]   1/8 1/8

**M**

made [12]   29/22 37/4 37/9
37/11 37/13 38/19 40/2 41/10
44/13 45/15 70/20 71/5
maintain [5]   29/14 37/12 41/4
41/5 42/6
maintained [3]   29/24 30/10
30/14
maintenance [16]   29/4 29/6
29/20 30/6 30/15 30/18 31/14
36/13 36/14 37/22 39/5 39/6
39/24 40/9 41/6 41/15
make [11]   6/15 8/15 9/2
10/19 51/5 51/6 59/9 61/9
75/2 77/11 82/14
making [2]   14/17 51/5
manage [6]   14/20 15/6 15/23
16/5 16/6 16/6
managed [2]   14/25 78/11
managing [2]   14/16 16/11
manner [1]   39/10
manufacture [1]   34/10
manufactured [7]   32/1 32/3
32/7 32/10 32/11 32/12 45/16
manufactures [1]   50/23
many [2]   25/3 29/2
March [8]   55/2 55/3 55/4
55/5 55/11 55/17 55/18 56/7
mark [14]   4/18 6/7 8/11 8/13
10/2 10/12 59/22 59/23 59/24
60/7 60/8 60/21 61/2 79/11
marked [5]   4/22 9/21 60/24
61/15 85/7
may [23]   3/25 4/4 4/17 16/2
29/12 35/5 39/8 39/19 41/9
45/19 53/19 54/1 55/13 56/14
58/20 72/8 72/25 73/25 82/15
82/16 84/21 84/21 84/22
maybe [11]   9/15 9/16 35/4
36/5 40/4 43/17 45/9 45/19
46/18 69/11 75/7
me [64]   3/21 4/1 4/9 4/11
4/14 4/18 5/10 5/10 7/1 8/4
8/7 8/12 8/14 8/19 8/20 9/10
9/10 9/17 11/8 12/22 13/15
18/19 20/5 21/4 23/13 23/19
24/18 28/14 31/5 31/18 34/20
35/6 36/4 36/20 36/21 48/1
49/5 52/22 54/11 54/16 55/15
56/6 56/13 60/2 60/6 60/9
60/12 60/15 61/15 62/16
62/25 64/1 71/3 73/9 75/10
75/24 76/8 79/10 81/12 83/4
85/11 85/20 85/23 88/7
mean [28]   7/24 9/25 10/18
14/10 16/18 18/18 19/18
21/20 21/21 25/4 25/21 35/16

61/3 64/7 65/21 66/14 69/10
73/3 75/18 77/9 79/16 79/17
84/12
meaning [6]   21/22 38/24 45/4
46/1 66/25 68/21
means [6]   12/8 12/22 21/22
58/24 80/13 89/16
meant [3]   8/7 10/18 75/21
medical [25]   3/11 5/5 14/13
14/15 22/5 23/16 24/6 24/14
25/10 25/16 26/5 28/4 28/21
52/2 54/1 58/16 64/22 65/9
68/21 68/22 68/23 76/15
77/20 77/22 78/12
medically [1]   59/3
medication [1]   55/22
medications [1]   15/1
medicine [1]   3/14
meds [2]   15/5 15/8
meet [2]   13/4 72/6
Memorial [2]   11/18 30/25
memorized [1]   35/24
memory [1]   73/12
mentioned [3]   6/1 29/19 42/23
met [3]   70/11 70/17 71/13
MIAMI [13]   1/2 1/14 2/4 2/9
11/15 19/7 19/10 20/24 22/2
25/18 26/6 88/4 89/3
MIAMI-DADE [2]   88/4 89/3
middle [2]   55/10 84/24
might [6]   4/4 28/16 31/9
41/7 41/15 60/3
minimal [5]   81/19 81/23 81/24
82/2 82/7
minute [1]   79/15
minutes [2]   55/14 56/17
miscommunication [1]   5/19
modified [6]   80/11 81/16
81/18 81/23 82/4 82/5
moment [4]   11/7 34/2 34/24
83/17
Monday [1]   1/15
money [2]   54/10 85/14
month [1]   51/23
MORALES [4]   2/5 2/17 4/4 4/17
more [8]   16/3 29/12 30/12
44/17 48/1 51/23 53/8 53/8
morning [2]   7/8 50/20
most [3]   45/7 46/10 85/16
move [8]   10/5 11/5 11/7 31/5
36/1 36/5 56/13 56/13
Mr [96]
Mr. [8]   4/4 4/17 9/1 11/21
12/18 13/12 17/22 59/4
Mr. Emanuel [1]   11/21
Mr. Foreman's [1]   9/1
Mr. Morales [2]   4/4 4/17
Mr. Navarette [2]   12/18 59/4
Mr. Navarette's [2]   13/12
17/22
multiple [2]   41/12 51/8
must [1]   5/18
my [61]   3/15 5/3 5/12 6/4
6/13 6/14 6/19 7/1 7/17 8/6
9/11 10/20 13/22 13/25 15/13
15/14 17/11 21/23 23/14
27/14 28/18 31/17 33/10
35/24 36/12 42/16 46/18 47/8
48/20 49/2 53/19 54/14 54/20
55/13 58/18 63/5 72/19 72/25

**M**

**my...** **[23]** 73/11 73/11 73/12
74/12 74/12 78/1 80/1 81/18
82/12 82/23 83/4 83/12 83/14
83/21 84/6 84/18 85/15 85/16
85/17 85/23 86/1 88/8 89/18

**N**

**N.W [1]** 1/13
**name [12]** 3/7 3/8 3/9 3/15
28/14 30/24 31/1 31/3 50/13
61/25 62/4 75/11
**named [1]** 32/4
**names [8]** 17/17 17/18 22/8
22/11 31/6 31/8 70/23 70/24
**NAVARETTE [88]** 1/5 3/17 7/15
11/21 11/24 12/18 12/25
13/18 13/21 14/4 14/8 16/22
17/13 18/13 18/22 19/6 19/9
19/14 19/21 20/1 20/7 20/14
20/22 21/6 21/16 22/25 23/16
24/6 24/15 25/11 25/17 26/5
26/14 27/16 28/1 28/3 28/13
28/25 31/10 33/21 40/7 40/18
43/12 44/18 47/14 48/2 48/6
50/3 50/8 50/12 52/10 52/15
52/21 53/6 56/24 57/17 59/4
61/23 62/11 63/12 63/17
63/22 64/3 64/22 65/9 65/20
65/23 66/4 66/7 66/12 67/1
67/4 67/11 67/14 67/19 68/2
68/7 68/12 68/24 71/22 72/5
72/10 75/19 77/14 77/21 81/2
81/13 83/1
**Navarette's [8]** 13/4 13/12
14/11 17/22 22/4 52/25 58/1
70/10
**necessarily [3]** 46/8 46/9
58/20
**necessary [10]** 8/14 10/17
37/24 39/1 39/5 41/7 41/15
43/7 43/8 82/13
**need [44]** 4/14 5/20 5/22
5/24 9/11 15/14 15/17 23/6
23/10 28/23 34/3 35/14 35/16
36/15 36/18 36/22 36/24
37/16 38/5 38/12 38/18 40/2
41/9 41/10 41/13 43/10 43/13
43/13 43/25 45/8 45/12 49/22
54/12 54/22 56/16 56/22 68/7
73/15 77/15 77/21 78/18
80/11 84/17 86/17
**needs [17]** 29/15 44/25 56/21
64/23 70/10 70/16 71/13
73/18 74/11 74/14 74/20
74/24 75/19 75/19 76/4 78/10
78/12
**Netbook [1]** 35/7
**network [1]** 20/23
**Neurontin [1]** 15/9
**neuropathic [1]** 14/24
**never [10]** 5/8 13/8 23/12
25/25 26/2 28/1 28/8 65/18
82/16 82/16
**nice [1]** 70/4
**no [43]** 1/3 2/21 2/23 2/24
2/25 3/19 6/19 9/9 13/5 13/7
13/10 13/13 17/20 17/21 19/8
19/11 20/8 22/16 28/7 32/24
33/14 40/11 42/25 47/19 50/5
50/25 51/14 51/16 56/1 56/12

66/15 74/2 74/20 74/23
75/20 76/7 79/6 84/17
**nobody [4]** 8/7 9/10 13/14
54/14
**nod [1]** 27/6
**nods [2]** 17/19 27/3
**nor [2]** 89/10 89/12
**normally [3]** 43/8 46/10 47/5
**not [124]**
**Notary [3]** 1/20 88/12 89/22
**note [3]** 55/12 81/18 83/3
**notes [20]** 6/3 6/4 6/13 6/20
8/6 10/20 28/18 31/17 33/24
35/24 55/13 61/3 62/18 72/19
72/22 72/25 73/1 73/6 74/5
83/5
**Notice [1]** 1/21
**now [24]** 5/25 8/5 8/23 10/7
13/19 25/4 28/5 29/7 34/4
35/12 42/17 42/23 53/13
54/24 56/22 66/3 69/22 73/12
74/10 75/1 78/15 79/5 80/3
86/9
**nowhere [1]** 84/21
**number [4]** 4/21 35/23 60/23
85/6
**numbers [1]** 82/22
**nutrition [2]** 71/13 71/17

**O**

**O'Sullivan [1]** 1/3
**OATH [1]** 88/1
**objection [9]** 4/4 4/6 12/7
50/1 57/18 58/8 59/6 69/3
72/4
**objections [3]** 19/16 57/14
69/6
**obviously [6]** 6/11 27/23 29/7
30/3 79/1 86/14
**Ocala [3]** 21/25 22/1 22/2
**occupational [8]** 15/3 15/24
16/10 16/22 16/24 17/15
69/25 80/24
**occurred [1]** 28/8
**off [4]** 31/22 31/23 55/21
60/6
**office [2]** 5/16 84/4
**official [1]** 88/8
**often [2]** 44/24 67/9
**Oh [1]** 86/5
**okay [187]**
**on [89]** 2/3 5/5 6/10 7/17
7/23 8/5 12/11 12/12 12/23
12/25 13/14 13/17 13/25
14/19 16/23 20/19 21/12
22/11 23/5 23/5 24/4 25/14
27/24 28/21 30/15 32/17
32/19 33/16 33/17 33/19
33/24 34/23 35/8 35/19 35/24
36/2 36/5 39/22 40/1 41/8
45/1 45/13 45/24 46/3 53/24
54/20 58/11 58/14 58/25
59/20 61/25 62/2 62/4 62/15
67/15 68/10 70/9 71/8 71/11
71/12 72/7 73/12 73/17 73/22
74/15 77/3 77/16 78/25 79/12
80/1 80/16 81/3 81/5 81/14
81/19 82/17 82/18 82/23
82/24 83/13 83/17 83/21
84/11 84/14 85/13 85/16

**once [4]** 6/23 74/16 75/5
85/8
**one [37]** 2/3 2/8 3/24 5/13
9/7 17/8 26/25 27/15 29/12
29/13 29/13 29/16 30/5 30/6
30/13 31/6 31/7 33/11 34/9
41/3 42/2 44/17 46/2 46/9
46/9 50/10 50/14 50/16 50/21
51/1 51/8 63/1 67/12 75/9
82/19 82/20 83/5
**one-to-one [1]** 46/9
**only [10]** 3/24 5/13 7/15
13/17 17/8 35/23 36/14 41/24
54/6 54/20
**open [1]** 35/12
**opening [3]** 52/6 52/7 52/9
**opinion [2]** 21/11 57/4
**opportunity [3]** 4/5 79/1
86/16
**opposed [2]** 40/22 68/13
**or [62]** 3/11 5/9 5/12 7/17
10/16 14/21 15/3 16/20 16/22
18/3 18/22 20/7 21/7 21/23
21/25 22/14 24/3 24/13 25/16
26/25 27/15 27/15 31/21
32/11 34/7 34/17 35/4 40/7
40/8 42/11 42/12 42/17 42/21
43/12 45/2 45/16 45/23 47/9
47/12 48/15 52/14 52/8 61/8
65/10 66/3 66/6 71/9 72/12
74/23 75/7 75/10 76/15 77/9
77/22 81/19 81/23 82/2 86/6
89/9 89/10 89/11 89/16
**order [3]** 16/21 71/22 72/6
**originally [1]** 30/5
**orthotic [1]** 51/9
**Ossur [6]** 32/4 32/8 32/11
32/19 33/2 34/12
**osteopathic [2]** 3/13 3/14
**other [28]** 5/23 6/9 6/17
7/14 13/20 14/2 15/14 23/10
26/3 34/17 34/19 41/3 46/21
52/8 54/12 54/23 59/16 68/7
68/14 68/18 73/12 75/10
78/16 78/21 82/21 82/22
84/23 84/23
**Ottobock [4]** 32/1 32/12 32/22
33/2
**our [6]** 9/22 9/22 11/3 16/23
17/9 84/1
**ours [1]** 9/3
**out [15]** 9/25 18/2 23/2 27/5
33/16 45/8 45/9 61/7 75/7
76/9 76/14 77/25 78/3 78/6
78/11
**out-patient [7]** 75/7 76/9
76/14 77/25 78/3 78/6 78/11
**outcome [1]** 89/13
**outdoor [1]** 73/19
**outside [4]** 47/17 47/19 48/16
69/3
**over [12]** 10/16 26/9 29/6
30/17 40/15 43/4 44/4 54/3
59/25 60/10 61/6 77/8
**oversee [1]** 12/23
**own [7]** 7/2 7/17 8/6 80/17
81/3 81/5 81/14

**P**

**P.A [1]** 2/8

## P

p.m [2]  1/15 87/4
page [7]  2/22 5/9 8/13 62/15
  79/13 82/19 82/20
pager [1]  15/13
pages [2]  5/9 89/5
paid [3]  54/9 85/14 85/18
pain [14]  14/16 14/20 14/21
  14/23 14/24 14/25 15/6 15/23
  16/6 50/17 50/18 50/19 51/13
  51/17
paralegal [2]  84/7 84/8
Pardon [1]  29/11
parents [1]  21/23
part [2]  34/8 83/8
participate [1]  64/10
participating [1]  73/25
particular [5]  16/14 40/16
  45/15 45/16 77/12
parties [2]  89/10 89/11
parts [2]  34/17 34/19
past [3]  28/9 46/8 86/2
patient [54]  12/19 12/21
  13/25 18/8 18/9 21/5 24/19
  27/20 27/21 29/25 30/22
  33/15 36/15 37/7 38/21 39/2
  41/8 45/13 46/3 47/4 59/12
  59/12 59/18 59/18 62/18
  63/16 63/17 64/9 66/4 66/8
  66/9 66/12 66/25 67/4 72/7
  74/24 75/2 75/6 75/7 75/17
  75/20 76/6 76/9 76/9 76/11
  76/14 77/15 77/21 77/25 78/3
  78/6 78/10 78/11 80/10
patient's [4]  23/6 24/4 40/1
  77/3
patients [3]  6/17 7/1 7/15
patients' [2]  6/10 82/21
Pause [2]  15/19 38/8
pending [2]  54/24 81/10
people [7]  5/23 23/19 30/12
  44/17 70/20 76/25 84/23
people's [1]  82/22
percent [1]  81/25
perform [2]  30/17 80/15
performed [1]  40/9
period [1]  69/21
permanent [3]  51/6 75/14
  77/10
person [5]  3/24 23/2 30/3
  47/23 72/11
person's [2]  35/23 75/11
personal [2]  8/6 19/13
perspective [6]  58/2 58/16
  75/17 77/1 77/14 78/9
pertaining [2]  7/10 7/14
pertains [2]  7/15 61/23
phantom [1]  14/23
Philippines [66]  17/23 18/14
  18/20 18/23 19/1 19/4 20/16
  20/23 22/5 22/23 22/25 23/17
  24/7 24/24 25/18 25/25 25/25
  26/6 26/15 27/10 27/17 28/4
  29/15 29/21 29/24 30/7 30/11
  30/17 36/16 36/19 36/25 37/5
  37/9 37/11 37/12 40/9 40/25
  41/2 41/7 41/16 46/13 46/23
  48/2 48/7 48/17 48/18 58/4
  62/11 62/19 63/22 64/23
  65/10 65/17 67/14 67/21

phone [2]  8/5 82/22
photocopy [1]  6/16
physical [12]  5/7 15/2 15/25
  16/10 16/22 16/24 17/14
  30/21 37/7 52/25 73/1 74/4
physically [2]  16/7 58/25
physician [3]  7/20 53/1 69/17
physicians [1]  14/2
picture [1]  20/20
place [1]  70/6
plaintiff [4]  1/6 2/3 83/24
  86/14
plaintiff's [1]  79/1
plan [20]  48/13 59/17 63/11
  63/21 64/4 64/7 64/10 64/13
  65/19 65/22 66/4 66/7 66/9
  66/11 66/15 66/18 66/24 67/3
  67/10 75/6
plane [3]  58/11 58/14 58/25
Planning [2]  2/25 62/6
please [5]  3/7 34/21 51/25
  69/5 85/5
point [6]  15/17 48/10 56/6
  74/17 74/19 74/23
portion [1]  83/3
position [1]  11/16
possible [1]  35/8
possibly [4]  30/22 41/11
  42/22 80/16
potential [1]  58/15
potentially [1]  65/17
predicate [3]  48/1 49/14 50/6
preparation [1]  83/10
prescribe [5]  16/9 16/25 33/7
  40/16 47/14
prescribed [13]  29/13 31/9
  31/13 35/18 36/7 38/13 41/22
  41/25 42/13 43/7 44/20 50/15
  51/2
prescribes [1]  17/2
prescribing [1]  16/21
prescription [12]  16/13 16/15
  17/7 17/8 29/1 29/2 29/8
  29/18 29/20 33/12 34/20 35/1
present [3]  58/7 59/5 70/8
preserve [1]  10/4
preserved [1]  61/10
prevent [3]  58/2 58/13 59/4
previously [1]  22/18
prior [2]  7/6 13/3
private [1]  6/16
probably [5]  8/18 12/7 29/15
  45/8 86/24
problem [2]  6/12 10/6 54/21
problems [4]  10/7 10/8 14/18
  29/4
proceed [1]  8/18
proceedings [1]  89/6
product [2]  48/16 48/17
products [7]  32/10 32/11
  32/12 32/19 33/2 33/3 36/10
professor [1]  11/17
progress [2]  70/7 75/2
proper [1]  73/13
properly [3]  5/17 43/5 51/11
prostheses [7]  31/6 37/16
  38/23 39/25 47/2 47/11 47/13
prosthesis [57]  28/12 28/20

33/7 33/12 33/17 33/20 34/16
  34/17 35/1 36/8 36/25 37/1
  37/12 37/24 38/12 38/15
  38/22 38/25 39/10 40/6 40/17
  40/23 41/9 41/17 41/22 41/25
  42/13 43/6 44/19 45/15 45/17
  46/11 46/12 46/22 47/3 50/9
  50/11 50/22 50/24 51/5 51/6
  51/7 51/21 52/10 65/24 65/25
  67/16 67/20 72/14 75/14
  75/15 77/11
prosthetic [3]  14/17 51/9
  69/24
prosthetics [1]  44/14
prosthetist [15]  29/25 30/21
  30/24 32/15 32/17 32/21
  32/25 33/4 33/6 33/14 35/4
  37/6 39/9 42/21 45/20
protect [1]  85/2
provide [5]  16/8 24/15 25/10
  26/9 26/10
provided [7]  15/23 17/6 24/18
  24/21 24/23 25/17 25/24
providing [4]  14/3 17/4 17/13
  23/23
psychologist [3]  69/4 69/12
  69/14
Public [3]  1/20 88/12 89/22
pumps [1]  9/4
purposes [1]  4/12
pursuant [1]  1/21
put [11]  11/7 44/5 75/13
  78/25 82/17 82/18 83/13
  83/15 84/10 84/14 86/2

## Q

qualifications [1]  27/12
qualified [1]  37/21
quality [1]  64/21
question [27]  4/1 4/2 4/7 4/8
  4/9 4/11 4/13 12/4 12/11
  12/13 17/11 18/17 18/18
  23/14 27/14 36/12 36/21 40/4
  47/8 49/1 57/10 57/11 65/3
  78/1 78/18 81/10 81/12
questions [12]  4/16 4/17 8/20
  11/8 19/13 19/19 35/17 39/8
  43/24 56/13 79/19 82/13
quickly [1]  86/24

## R

ramifications [1]  47/10
re [2]  1/21 82/3
Re-Notice [1]  1/21
reach [1]  76/22
read [7]  81/8 81/9 81/10
  83/6 86/6 86/9 86/10
reading [3]  63/25 86/6 87/2
reality [1]  84/20
reask [1]  81/12
reason [2]  41/24 67/19
reasonable [2]  25/10 64/23
recall [14]  22/8 25/2 25/8
  28/15 31/16 32/9 42/8 42/15
  42/17 52/12 53/7 53/13 56/4
  75/11
receive [9]  22/22 23/15 27/16
  29/6 65/17 67/20 67/25 77/17
  77/19
received [8]  5/8 5/9 5/14
  5/17 22/6 22/7 24/24 28/1

**R**

**receives [2]** 15/24 38/25
**receiving [17]** 14/12 14/13
14/14 14/15 14/19 24/16 26/5
27/17 28/2 28/4 28/5 65/11
65/14 66/1 67/18 76/15 78/12
74/6
**recollection [8]** 28/17 42/10
60/17 73/9 73/10 73/11 73/15
74/6
**recommend [2]** 33/21 41/17
**recommended [7]** 28/13 28/25
34/16 34/18 36/8 40/6 40/17
**record [15]** 5/3 5/5 19/12
31/22 31/23 35/5 35/5 60/6
61/23 78/19 78/25 79/12
82/25 83/23 85/13
**records [10]** 5/7 28/21 31/21
53/24 54/1 56/9 56/14 56/15
59/17 82/14
**redact [1]** 6/16
**redactions [1]** 61/7
**refer [4]** 28/22 61/2 74/4
83/4
**reference [2]** 59/16 83/7
**referenced [1]** 60/11
**referencing [1]** 24/2
**referring [5]** 23/3 24/19 39/6
43/17 57/24
**refresh [3]** 28/16 60/16 73/15
**regard [4]** 53/6 56/15 74/2
74/10
**regardless [1]** 12/12
**rehab [17]** 12/19 12/22 14/1
14/19 26/1 26/2 27/10 58/19
58/22 58/24 69/22 70/9 76/13
77/12 77/22 77/23 78/12
**rehabilitation [9]** 11/18
12/23 13/1 14/14 14/14 69/18 69/23
69/24 78/2 78/9
**relationship [1]** 21/24
**relationship-wise [1]** 21/24
**relative [4]** 21/15 21/21 89/8
89/10
**relatives [1]** 19/10
**released [1]** 59/12
**releasing [1]** 75/7
**relying [1]** 70/9
**remember [5]** 9/13 15/16 31/2
32/9 42/18
**repeat [1]** 38/1
**rephrase [2]** 20/5 36/21
**rephrasing [1]** 4/10
**replaced [3]** 44/25 45/3 45/12
**reporter [13]** 1/20 3/8 3/22
3/23 4/2 10/11 10/13 27/6
63/4 81/8 86/7 89/17 89/22
**represent [1]** 3/15
**represents [1]** 72/12
**reproduction [1]** 89/15
**request [4]** 22/22 23/15 23/18
82/14
**require [2]** 38/16 38/23
**required [5]** 5/1 39/24 44/18
**requirement [1]** 45/2
**requires [2]** 37/1 40/7
**Requiring [1]** 81/25
**research [9]** 1/13 24/5 24/9
24/12 30/1 30/9 30/13 37/3
37/6
**researched [2]** 40/7 40/8

reserve [4] 9/1 35/14 75/3 82/12
86/4
**reserves [1]** 86/15
**residence [2]** 19/6 20/7
**resident [2]** 42/16 53/19
**residents [3]** 13/22 13/23
14/2
**response [2]** 56/1 76/7
**rest [1]** 83/6
**restroom [3]** 73/4 78/16 79/22
**return [1]** 80/12
**returning [1]** 48/6
**review [2]** 22/12 23/19
**reviewed [2]** 7/6 7/24
**reviewing [1]** 7/18
**right [55]** 5/25 6/7 7/7 7/16
8/22 10/7 11/6 13/9 13/15
13/19 14/20 17/10 25/4 28/5
29/8 29/17 31/4 34/4 36/1
36/21 40/15 42/17 43/21
43/25 51/14 53/13 54/24
58/23 59/19 61/19 62/5 62/12
62/23 63/15 64/11 64/20
65/19 69/15 69/21 73/12
74/11 75/1 75/24 76/12 76/21
79/3 80/3 82/11 82/12 84/5
84/23 86/4 86/6 86/15 86/18
**risk [3]** 49/12 68/2 68/4
**roles [1]** 32/16
**room [3]** 1/14 3/23 86/2
**Rothenberg [1]** 13/24
**rule [1]** 12/12
**rules [1]** 3/21
**running [1]** 9/3

**S**

**S-E-E-M-A [1]** 3/9
**said [28]** 3/23 4/3 20/6 20/8
24/3 27/21 29/9 31/16 33/23
34/12 38/1 38/2 40/5 51/13
53/20 54/13 55/4 60/16 62/3
71/10 72/13 75/14 75/17
76/21 78/22 82/11 84/7 85/16
**same [24]** 7/21 25/24 26/13
27/16 27/22 28/7 43/23 46/10
50/1 50/14 57/18 58/8 59/6
65/10 68/21 68/22 68/24
69/24 70/2 70/5 71/1 73/20
79/16 89/15
**saw [2]** 52/14 52/21
**say [23]** 12/13 12/21 14/22
15/2 17/25 18/19 20/22 21/20
26/25 27/7 27/15 39/5 40/12
40/14 43/15 46/1 52/17 54/18
62/14 63/3 65/8 80/8 82/24
**saying [11]** 3/24 9/18 26/3
33/9 37/21 43/16 47/24 56/12
58/10 60/7 83/11
**says [10]** 61/17 62/8 63/8
63/9 63/10 63/16 64/9 64/11
80/10 85/24
**schedule [5]** 54/14 83/21
83/24 84/6 85/17 85/17 85/23
**scheduled [1]** 84/9
**schedules [1]** 79/7
**scheduling [1]** 83/25
**scope [1]** 69/3
**scratches [2]** 83/12 84/23
**seal [1]** 88/8
**secretary [2]** 5/12 86/1
**see [16]** 9/20 10/15 12/20

8/16 28/6 39/17 40/1
34/3 35/9 35/20 35/24 36/3
38/20 62/15 74/20
**seeing [4]** 13/14 13/18 13/21
56/19
**SEEMA [5]** 1/17 2/15 3/2 3/9
88/7
**seems [1]** 62/3
**seen [4]** 20/19 27/10 27/22
31/6
**sees [4]** 13/25 20/18 52/22
52/23
**sent [2]** 22/10 23/19
**sentence [1]** 80/10
**served [1]** 5/17
**service [1]** 23/4
**services [9]** 14/14 26/1 26/2
26/10 26/14 27/16 27/22
27/23 27/24
**set [2]** 71/18 71/21
**several [2]** 22/3 31/6
**share [1]** 8/8
**shared [3]** 7/17 8/7 10/19
**she [4]** 35/25 39/14 57/11
75/13
**she's [3]** 61/6 69/4 79/17
**SHIPPING [1]** 1/8
**should [9]** 5/21 14/21 45/3
49/15 58/17 73/23 74/4 75/13
84/13
**show [5]** 45/5 61/15 79/11
83/3 85/17
**showed [2]** 5/10 62/25
**showing [1]** 62/15
**shows [1]** 45/7
**side [2]** 75/10 79/1
**signed [4]** 29/1 29/1 33/19
61/18
**SILVER [1]** 1/8
**SILVERSEA [2]** 1/8 3/16
**similar [2]** 28/2 28/5
**simulate [1]** 73/24
**since [4]** 49/15 50/4 52/9
86/16
**sit [6]** 26/4 64/20 77/15
80/23 81/1 81/17
**site [2]** 52/6 52/7
**situation [10]** 8/22 21/12
21/13 45/1 45/24 59/21 63/7
71/8 77/3 77/16
**Situation/Support [1]** 63/7
**six [1]** 82/4
**Smith [3]** 1/19 88/12 89/21
**so [100]**
**social [2]** 70/10 70/16
**sock [22]** 42/24 42/25 43/1
43/2 43/7 43/13 43/16 43/18
43/22 43/23 44/3 44/6 44/7
44/12 44/13 44/19 44/24 45/3
45/11 45/17 46/2 46/10
**socket [3]** 29/6 41/10 44/5
**socks [6]** 43/4 43/8 44/4
44/9 45/14 45/24
**some [13]** 3/21 4/16 4/16
4/17 5/18 6/1 8/20 9/3 14/18
36/17 39/8 48/1 48/10
**somebody [5]** 21/25 23/4 38/24
39/19 76/14
**someone [2]** 68/8 76/11
**something [11]** 5/20 5/24 8/14
12/8 16/4 28/16 34/25 47/12

**S**

something... **[3]**   70/14 76/4
84/14
sometime **[3]**   25/5 42/9 55/16
sometimes **[3]**   44/17 66/6 71/7
somewhere **[1]**   76/16
sophisticated **[1]**   29/16
sorry **[8]**   8/25 15/13 23/22
31/3 34/8 38/6 46/17 81/21
sound **[1]**   31/8
sounds **[1]**   77/7
South **[2]**   2/4 2/9
SOUTHERN **[1]**   1/1
speak **[21]**   9/16 13/6 16/2
20/1 20/2 22/14 23/7 23/10
23/13 23/15 23/19 32/20
32/24 33/4 35/4 42/16 49/15
49/22 55/18 58/20 70/14
speaker **[1]**   8/5
speaking **[5]**   19/16 20/11
20/14 57/14 69/5
special **[3]**   44/6 44/12 45/14
specializes **[1]**   39/10
specially **[1]**   44/13
specific **[3]**   16/1 65/2 71/21
specification **[1]**   45/2
specificity **[1]**   49/11
speculation **[3]**   48/11 52/16
70/12
speed **[1]**   9/4
spell **[1]**   3/8
spend **[1]**   55/14
SPIRIT **[1]**   1/8
spoke **[8]**   22/16 22/17 22/19
23/4 23/20 24/19 64/25 72/12
spoken **[3]**   72/23 75/9 75/12
stable **[1]**   69/19
stage **[10]**   14/8 67/2 77/5
78/2 78/8 80/19 81/13 81/16
82/1 82/5
standpoint **[6]**   58/18 58/19
58/22 58/23 58/24 69/23
start **[1]**   40/15
started **[2]**   4/24 8/24
starts **[1]**   45/5
state **[5]**   1/20 3/7 88/3
88/13 89/2
stated **[2]**   30/12 78/17
statement **[3]**   71/6 75/21 80/9
states **[7]**   1/1 21/16 24/16
46/13 47/1 62/11 68/25
stay **[3]**   25/6 76/16 76/16
stays **[1]**   76/12
sticker **[4]**   82/17 83/16 84/11
84/14
still **[11]**   35/21 36/3 42/4
47/6 74/8 75/1 76/15 78/9
79/6 80/7 84/9
stop **[3]**   57/13 69/5 78/20
Street **[1]**   1/13
stressed **[2]**   10/23 10/24
stressful **[1]**   8/19
strike **[7]**   28/2 30/8 36/23
37/15 38/11 59/2 71/20
structured **[1]**   12/11
stuff **[2]**   9/22 84/24
stump **[1]**   49/13
styled **[1]**   1/22
subpoena **[5]**   2/23 4/19 5/1
5/17 80/6

suggesting **[1]**   90/21
Suite **[2]**   1/14 2/8
supervision **[1]**   89/17
support **[5]**   20/23 21/6 63/7
70/18 70/19
supposed **[2]**   9/24 84/5
sure **[22]**   7/5 14/10 14/17
21/11 21/11 23/18 32/2 32/13
33/8 35/6 44/22 47/6 47/24
55/1 55/18 59/9 61/9 66/14
71/18 77/11 83/22 86/12
sworn **[2]**   3/3 88/7
system **[4]**   6/24 63/7 70/18
70/19

**T**

take **[25]**   3/24 4/14 8/15
10/1 10/3 10/12 10/13 15/17
27/6 34/2 34/24 35/21 38/5
47/19 54/12 54/23 61/2 61/4
61/16 63/4 69/9 79/23 79/25
83/8 83/16
taken **[2]**   1/19 86/7
taking **[5]**   1/21 3/22 22/17
54/1 75/18
talk **[12]**   5/23 6/14 9/12
24/20 36/17 45/20 55/1 57/1
57/7 58/17 59/8 69/11
talking **[1]**   46/9
talks **[2]**   71/11 71/12
tangibles **[1]**   5/2
team **[1]**   51/9
tecum **[3]**   2/23 4/20 4/25
tell **[7]**   4/9 4/11 10/22
36/20 71/3 73/9 80/13
telling **[1]**   60/15
temporary **[8]**   50/10 50/11
50/22 50/23 51/6 51/8 51/21
75/15
term **[1]**   76/3
terminating **[1]**   55/21
terms **[1]**   71/17
terrain **[1]**   81/22
testified **[1]**   3/4
testimony **[3]**   33/11 49/9 86/6
testing **[1]**   73/11
than **[12]**   9/17 20/23 29/7
29/12 44/17 50/14 51/1 51/23
53/8 53/9 69/1 71/7
thank **[6]**   11/11 20/13 28/11
35/11 86/3 86/3
that **[302]**
that's **[74]**   3/16 3/22 3/23
4/3 5/6 5/13 6/12 6/23 6/24
8/14 9/17 10/9 11/4 11/10
12/15 14/1 15/15 16/4 17/10
18/4 18/6 24/14 26/10 28/4
28/8 31/16 32/17 33/19 34/16
36/8 38/7 39/22 44/2 44/12
44/13 46/18 47/5 48/12 48/13
48/20 49/2 49/7 49/9 54/13
55/15 55/24 56/21 59/17 60/9
61/9 61/13 61/16 61/18 61/21
62/3 62/8 62/21 63/5 63/10
63/25 64/1 64/13 74/10 76/14
76/24 77/8 78/21 80/25 82/25
83/7 83/10 83/14 84/22 86/1
their **[13]**   9/14 17/17 17/18
23/5 27/10 38/21 47/25 59/21
70/23 70/24 72/7 72/8 72/12
them **[27]**   5/23 8/6 9/15 9/15

then **[27]**   4/12 5/23 6/11
6/16 7/11 7/11 13/24 14/16
14/18 16/25 18/8 23/3 23/12
27/14 29/3 29/4 29/13 30/9
33/19 45/8 70/4 73/15 73/16
75/6 78/20 80/8 83/19
therapies **[5]**   16/8 16/9 16/25
17/2 17/5
therapist **[16]**   6/14 7/19 9/13
16/3 16/15 16/24 16/24 17/14
17/15 30/1 30/22 37/7 42/17
42/21 65/6 80/24
therapists **[4]**   17/4 17/12
27/11 33/14
therapy **[16]**   15/1 15/2 15/3
15/3 15/22 15/24 15/25 16/10
16/10 16/22 17/13 66/1 67/17
67/17 73/1 74/4
there **[54]**   4/25 5/18 6/15
7/23 10/6 14/2 16/1 18/8
24/22 25/8 27/11 27/23 28/16
29/6 29/12 34/1 34/17 38/25
42/11 44/15 45/2 45/14 52/9
55/12 56/3 58/1 58/11 58/13
58/14 58/15 58/25 65/6 65/22
66/3 66/7 66/11 66/15 67/3
67/10 67/19 71/21 72/3 72/4
72/5 72/19 76/8 77/8 82/23
83/11 84/21
there's **[16]**   3/21 12/10 24/14
28/20 29/8 29/10 34/19 51/14
51/16 54/21 66/5 66/9 66/15
70/25 73/21 80/9
thereafter **[2]**   17/1 17/3
Thereupon **[5]**   3/1 4/21 60/23
85/6 87/2
these **[11]**   6/9 6/19 6/25
7/16 9/21 9/23 19/19 33/5
39/8 74/9 74/14
they **[55]**   5/9 5/11 5/16 6/9
6/9 8/4 8/19 9/16 9/18 15/14
16/11 16/11 16/23 17/8 18/11
23/3 23/7 23/9 23/12 24/18
24/21 24/23 27/12 30/19
30/20 32/17 33/15 35/20
37/11 38/13 38/21 39/21
39/22 40/2 40/11 41/9 42/6
44/9 44/15 47/4 47/23 47/24
47/25 54/16 59/20 73/24 75/9
76/15 76/16 76/16 77/9 80/25
84/5 84/6 85/16
thicknesses **[1]**   44/16
thing **[6]**   5/13 9/17 53/22
54/2 73/21 83/9
things **[26]**   6/20 6/25 7/16
9/12 9/23 18/11 36/15 36/18
36/20 41/12 45/6 45/7 54/12
54/23 56/22 68/14 68/18
73/12 73/22 74/14 74/18
78/16 78/21 78/22 81/3 81/5
think **[15]**   8/17 12/2 16/2
22/1 31/19 33/25 34/7 40/11
45/19 48/12 51/24 58/17 69/8
69/10 75/22
thinking **[1]**   30/5
third **[1]**   79/12

## T

this [80]  3/20 4/12 4/14
4/18 5/20 6/24 6/25 7/8 7/8
7/17 8/11 8/18 8/21 8/22
8/23 9/20 10/9 11/6 15/13
21/4 21/10 25/5 28/7 30/18
31/5 31/5 33/6 34/3 35/13
35/14 35/15 35/18 36/2 36/6
38/4 42/8 42/9 43/9 50/16
50/20 53/22 53/22 54/3 59/22
59/24 60/18 60/19 60/21
61/23 62/5 62/10 62/10 64/25
66/1 66/5 66/12 72/24 73/2
73/13 73/13 75/24 76/8 77/20
80/8 82/24 83/11 83/15 83/20
83/24 84/18 84/20 84/24 85/2
85/9 85/10 85/11 86/24 88/8
89/14 89/19
those [19]  6/5 6/7 11/7
26/13 31/8 31/20 36/17 36/20
37/4 45/5 56/10 74/3 74/11
74/17 74/18 75/18 75/20
76/22 81/3
though [7]  3/25 10/19 12/15
19/19 69/21 70/8 80/7
thought [4]  7/2 37/21 67/12
67/13
three [1]  53/9
through [7]  5/19 8/21 10/9
21/5 21/6 36/2 84/3
time [24]  3/20 3/24 4/14
7/22 12/6 12/6 33/18 36/7
52/14 52/20 52/23 53/2 53/5
54/15 56/4 58/7 59/5 63/21
69/20 74/23 79/5 79/16 83/5
85/16
times [1]  51/8
today [16]  9/7 9/12 13/3
17/16 26/4 50/16 50/17 51/9
51/18 54/10 64/21 77/15
78/22 80/23 81/17 86/16
together [3]  30/6 33/15 83/13
told [16]  7/1 8/7 9/19 18/6
18/7 23/6 23/20 39/14 49/2
54/6 54/16 54/20 60/6 60/12
84/7 84/8
too [1]  73/4
took [2]  6/3 7/1
top [1]  62/2
Total [6]  31/7 32/3 34/4
34/6 34/7 34/8
Tower [2]  2/3 2/8
trained [1]  65/25
transcript [2]  49/9 89/14
transcription [1]  89/6
travel [6]  56/24 57/5 57/17
58/3 58/23 59/5
treat [3]  16/7 16/25 24/15
treatment [6]  14/8 14/11
14/12 24/15 59/18 78/8
triggers [1]  83/11
true [1]  89/6
try [2]  5/19 5/24
trying [12]  9/17 10/10 11/3
11/4 18/2 18/19 26/8 45/6
58/9 73/24 75/12 75/16
turn [1]  61/6
turned [2]  59/25 60/10
two [5]  5/9 29/10 53/9 54/19
73/23

type [32]  1/19 6/21 11/19
15/22 16/18 16/21 24/12 27/11
27/16 28/12 28/24 29/3 29/5
29/13 29/23 33/7 33/12 39/6
39/24 41/6 41/14 41/16 41/22
41/25 42/12 42/13 43/6 44/6
45/14 50/11 67/17 68/10
types [2]  44/16 45/5
typical [1]  38/12
typically [2]  45/12 82/1

## U

uh [4]  33/25 61/20 62/20
63/4
uh-huh [4]  33/25 61/20 62/20
63/4
ultimately [2]  41/21 42/5
UM [2]  5/23 8/4
UM's [1]  61/8
unable [1]  72/16
unaware [1]  59/1
uncomfortable [3]  8/22 8/23
9/2
undefined [1]  12/2
under [3]  54/15 80/10 89/16
undersigned [1]  88/6
understand [46]  4/8 4/9 4/11
7/4 7/21 10/25 16/17 18/19
18/24 19/2 19/5 19/8 19/11
22/1 25/21 25/23 26/8 30/9
33/8 34/4 39/23 40/4 43/11
43/25 44/2 45/6 46/6 52/2
52/5 54/11 54/16 58/10 60/1
61/1 61/12 64/6 68/6 68/17
75/16 78/24 79/14 79/20 81/1
84/2 84/8 84/19
understanding [9]  5/4 33/10
38/2 43/16 43/22 43/23 74/12
74/13 75/22
understood [4]  4/13 12/4
75/13 77/10
unevenly [1]  45/10
Unfortunately [1]  8/1
UNITED [6]  1/1 21/16 24/16
46/13 47/1 68/25
University [2]  11/15 84/4
unless [1]  89/16
unreasonable [1]  24/25
until [2]  38/20 54/7
up [12]  8/15 10/21 30/13
52/6 53/16 53/18 53/24 55/15
71/18 71/21 77/8 81/25
upon [1]  5/13
us [7]  5/22 15/18 23/12
56/19 61/7 80/13 83/3
use [13]  7/11 44/13 44/19
60/2 60/3 60/9 72/13 73/17
76/3 78/16 79/21 81/14 81/15
used [3]  41/5 45/17 46/3
using [6]  50/8 50/12 52/10
68/11 80/16 81/20
usually [2]  37/1 38/15

## V

Varga [3]  1/19 88/12 89/21
Vari [2]  31/7 32/7
Vari-Flex [2]  31/7 32/7
varied [1]  72/8
Veronica [1]  17/15
very [8]  8/18 8/22 10/19
10/24 12/2 25/5 30/3 69/22
viewed [1]  27/11

VILLARREAL [1]  4/7
Violet [3]  1/19 88/12 89/21
visit [5]  39/1 65/5 70/21
70/22 70/25
voice [1]  12/7

## W

wait [3]  19/15 19/15 86/25
waive [1]  86/6
waived [1]  87/3
walk [1]  76/1
want [42]  4/4 7/10 7/14 8/3
9/15 9/21 10/6 10/7 10/8
10/9 11/5 12/14 15/14 18/19
30/3 36/2 39/12 39/15 39/20
39/23 42/16 43/22 49/7 53/20
58/20 59/8 60/8 61/2 61/4
61/9 70/14 72/25 77/1 78/18
79/14 80/8 82/25 84/25 85/1
85/13 86/10 86/24
wanted [4]  9/12 29/3 30/2
59/23
wants [1]  9/6
warranty [1]  42/12
was [108]
wasn't [5]  8/7 29/14 30/7
50/19 84/9
way [17]  4/5 6/15 6/24 9/4
9/14 10/3 12/10 12/10 14/5
14/6 16/12 26/25 27/15 57/23
73/13 73/20 86/2
we [130]
we'll [7]  8/12 11/8 79/6
79/23 79/25 83/17 83/19
we're [7]  56/7 56/8 56/9
56/14 73/5 79/16 85/10
we've [2]  51/7 80/5
wear [11]  43/4 44/4 44/10
44/17 45/5 45/7 47/16 47/22
47/23 47/25 50/19
wearing [4]  45/8 45/9 51/18
51/20
website [3]  25/14 26/18 26/23
Wednesday [1]  54/13
week [2]  53/8 66/5
weeks [2]  53/9 53/9
well [33]  9/3 10/1 10/24
16/20 21/4 28/1 34/17 36/1
37/21 40/5 40/14 41/21 43/20
47/3 53/14 53/20 53/22 54/6
54/9 54/15 54/18 54/25 60/3
60/5 64/9 65/2 66/23 69/7
69/22 70/8 71/10 77/11 78/1
went [1]  84/3
were [13]  23/3 24/2 24/19
24/23 30/5 30/17 33/11 71/21
71/21 72/5 72/9 75/12 84/5
what [163]
what's [7]  7/22 11/16 12/1
21/15 61/15 71/18 77/8
whatever [2]  5/25 8/8
when [35]  4/16 6/14 12/21
15/2 16/23 17/8 21/20 29/2
33/2 38/24 39/5 43/15 43/16
45/3 46/1 47/3 47/13 51/4
51/4 52/14 52/22 53/2 53/5
55/3 55/6 59/16 63/3 66/1
67/15 68/3 73/18 74/19 74/23
76/21 83/22
whenever [1]  20/2
where [22]  3/25 7/19 11/14

**W**

16/21 23/10 24/4 24/5 37/11
33/22 33/23 33/24 80/25

**where... [19]**   20/3 20/4 37/13
46/22 59/20 62/14 66/25
71/20 72/7 74/2 74/6 74/17
75/13 76/18 77/17 78/9 80/19
81/13 81/16
**WHEREOF [1]**   89/18
**whether [20]**   10/16 16/20
18/22 20/7 24/13 25/16 26/4
27/15 32/11 37/4 37/14 40/8
42/11 43/12 47/9 47/20 48/15
64/21 65/8 71/9
**which [11]**   4/19 5/1 24/23
31/25 33/18 46/10 50/21
79/11 81/2 82/1 82/2
**while [3]**   33/18 35/21 75/12
**who [21]**   13/23 17/2 17/6
17/6 17/12 17/16 18/7 21/5
22/7 23/5 30/20 32/14 34/10
35/22 39/9 42/20 42/20 50/23
70/19 70/22 85/21
**whoever [2]**   13/24 75/10
**whole [2]**   8/22 35/1
**why [15]**   9/20 9/20 19/13
19/19 34/2 36/20 40/16 40/20
41/1 41/21 49/10 54/13 60/10
73/11 78/21
**wife [3]**   18/25 20/15 20/19
**will [28]**   4/10 4/12 5/19
5/24 10/11 12/7 30/4 36/15
36/18 36/22 36/24 43/13
44/18 48/6 54/3 54/22 59/24
60/19 69/9 70/10 71/13 73/20
76/3 76/5 79/11 80/10 82/24
86/23
**wise [2]**   21/21 21/24
**without [3]**   68/14 69/2 72/21
**witness [7]**   2/14 17/19 27/3
79/2 86/15 88/8 89/18
**witnessed [1]**   26/2
**won't [4]**   5/20 7/11 10/3
60/2
**word [1]**   41/5
**words [5]**   7/2 9/14 26/3
59/16 68/7
**work [7]**   9/22 33/15 51/11
53/23 61/7 69/20 79/6
**working [2]**   73/17 73/22
**works [3]**   6/24 32/13 73/14
**worse [1]**   65/10
**would [50]**   4/1 4/8 4/9 5/11
5/24 6/7 20/24 22/24 23/7
23/9 25/21 26/6 28/23 29/4
29/14 29/24 31/17 32/14
32/20 32/24 33/16 33/25 35/3
35/22 37/13 40/24 41/1 41/16
42/4 42/20 42/20 45/8 45/15
46/18 58/2 58/13 58/15 59/4
59/8 61/10 65/16 68/12 68/25
68/25 70/4 70/13 70/14 70/17
82/14 82/15
**wouldn't [1]**   7/12
**wound [2]**   52/6 52/7
**wounds [1]**   52/9
**write [4]**   16/14 17/8 80/25
83/13
**writes [1]**   17/7
**writing [1]**   16/12
**wrong [1]**   12/1
**wrote [12]**   7/8 7/16 9/23

**X**

**XC [2]**   31/7 32/7

**Y**

**years [1]**   38/24
**yes [53]**   5/12 5/12 6/6 6/13
6/18 11/13 11/22 13/2 15/7
15/11 18/4 18/11 18/24 19/2
19/5 20/18 21/24 22/13 23/25
24/3 24/11 31/12 35/13 36/3
38/16 40/22 43/3 44/15 46/4
56/16 56/20 57/21 58/13
59/20 61/21 61/22 62/3 62/21
62/22 63/3 64/11 64/17 67/8
68/5 69/10 70/3 70/4 71/12
76/10 79/8 82/20 83/21 86/20
**you [367]**
**you'll [2]**   10/3 56/18
**you're [24]**   7/23 8/12 8/13
10/22 11/4 19/19 33/8 35/18
43/16 43/17 43/23 44/1 47/7
47/24 49/1 51/4 51/5 57/10
57/13 58/10 59/1 60/14 62/15
69/16
**you've [7]**   13/8 19/21 40/5
51/1 73/6 77/6 81/7
**your [38]**   3/7 3/8 3/20 5/15
7/6 8/1 11/4 11/16 13/3
13/23 17/25 27/1 27/7 28/16
30/15 31/21 33/10 40/4 40/7
49/9 57/4 58/2 58/23 60/17
61/1 72/12 72/22 73/9 73/10
73/15 75/16 76/24 77/1 77/14
79/7 83/10 84/4 85/18